**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS LLC, <br><br> Defendant. | Case No. 2:23-cv-05039-JMY |
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, <br><br> Defendant. | Case No. 2:23-cv-05040-GAM |
| DANIELLE HENDRICKSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, <br><br> Defendant. | Case No. 2:23-CV-05072-MMB |

| | |
|---|---|
| MARCIA PROTO WILSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>   Defendant. | Case No. 2:23-cv-05091-JMY |
| ALYSSIA NANEZ et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>   Defendant. | Case No. 2:23-cv-05092-CFK |
| JACQUELINE KEUNG, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>   Defendant. | Case No. 2:23-cv-05110-JMY |

| | |
|---|---|
| VERONICA VERDIER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION et al.,<br><br>   Defendants. | Case No. 2:23-cv-05137-MMB |
| PATRICIA ANDROS et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>   Defendants. | Case No. 2:24-cv-00068-JMY |
| ROBERT SMITH, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>   Defendants. | Case No. 2:24-cv-00258-CFK |

| | |
|---|---|
| ROBERT M. ROSEMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION,<br><br>      Defendant. | Case No. 2:24-cv-00271-JMY |
| DAVID MCCAULEY et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>      Defendants. | Case No. 2:24-cv-00280-JMY |
| ENRIQUE MUNOZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>      Defendant. | Case No. 2:24-cv-00425-JMY |

| | |
|---|---|
| JOSEPH ZAGACKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>Defendants. | Case No. 2:24-cv-00507-JMY |
| RALF WERNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>Defendants. | Case No. 2:24-cv-00599-MMB |
| JESSICA DURHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>Defendant. | Case No. 2:24-cv-00639-JMY |

| | |
|---|---|
| JACLYN REMARK et al., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>     Defendants. | Case No. 2:24-cv-00793-JMY |
| VINCE ESTEVEZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>     Defendants. | Case No. 2:24-CV-00800-JMY |
| JESSICA CAREY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>     Defendants. | Case No. 2:24-cv-01050-JMY |

| | |
|---|---|
| CHARLES METZGER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>      Defendants. | Case No. 2:24-cv-01051-JMY |
| MICHELLE CLARK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITRIX SYSTEMS, INC.,<br><br>      Defendant. | Case No. 2:24-cv-1128-JMY |
| RAYMOND GOODROW, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>      Defendants. | Case No. 2:24-cv-01129-JMY |

| | |
|---|---|
| ALEXANDER W. NUNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>Defendants. | Case No. 2:24-cv-01130-GJP |
| LAURA WILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>Defendants. | Case No. 2:24-cv-01198-JMY |
| MICHELLE BIRNIE et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:24-cv-01201-JMY |

**PLAINTIFF'S UNOPPOSED MOTION
TO CONSOLIDATE CASES PURSUANT TO FED. R. CIV. P. 42(A)**

For the reasons set forth below, Plaintiff Kenneth Hasson (Plaintiff in *Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039-JMY (E.D. Pa.)) hereby moves to consolidate the following twenty-four putative class action cases currently pending in the Eastern District of Pennsylvania (collectively, the "Comcast Actions") pursuant to Fed. R. Civ. P. 42(a) and E.D. Pa. Local Rule 42.1, for all pre-trial purposes:[1]

1.  *Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039-JMY (E.D. Pa.);

2.  *Prescott v. Comcast Corporation*, No. 2:23-cv-05040-GAM (E.D. Pa.);

3.  *Hendrickson v. Comcast Corporation*, No. 2:23-cv-05072-MMB (E.D. Pa.);

4.  *Wilson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05091-JMY (E.D. Pa.);

5.  *Nanez et al. v. Comcast Cable Communications, LLC*, No. 2:23-cv-05092-CFK (E.D. Pa.);

6.  *Keung v. Comcast Cable Communications, LLC*, No. 2:23-cv-05110-JMY (E.D. Pa.);

7.  *Verdier v. Comcast Corporation et al.*, No. 2:23-cv-05137-MMB (E.D. Pa.);

8.  *Andros et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00068-JMY (E.D. Pa.);

9.  *Smith v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00258-CFK (E.D. Pa.);

10. *Roseman v. Comcast Corporation*, No. 2:24-cv-00271-JMY (E.D. Pa.);

11. *McCauley et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00280-JMY (E.D. Pa.);

---

[1] All Plaintiffs in the listed actions support this Motion. Defendants do not oppose consolidation and the relief requested. Defendants' non-opposition, however, is not an agreement or endorsement of Plaintiff's characterization of the Comcast Actions or the issues presented by the Actions.

1

12.    *Munoz v. Comcast Cable Communications, LLC*, No. 2:24-cv-00425-JMY (E.D. Pa.);

13.    *Zagacki v. Comcast Cable Communications, LLC, et al.*, No. 2:24-cv-00507-JMY (E.D. Pa.);

14.    *Werner v. Comcast Cable Communications, LLC*, No. 2:24-cv-00599-MMB (E.D. Pa.);

15.    *Durham v. Comcast Cable Communications, LLC*, No. 2:24-cv-00639-JMY (E.D. Pa.);

16.    *Remark et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00793-JMY (E.D. Pa.);

17.    *Estevez v. Citrix Systems, Inc. et al.*, No. 2:24-CV-00800-JMY (E.D. Pa);

18.    *Carey v. Citrix Systems, Inc. et al.*, No. 2:24-cv-01050-JMY (E.D. Pa.);

19.    *Metzger v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-01051-JMY (E.D. Pa.);

20.    *Clark v. Citrix Systems, Inc.,* No. 2 :24-cv-01128-JMY (E.D. Pa.);

21.    *Goodrow v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01129-JMY (E.D. Pa.);

22.    *Nunn v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01130-GJP (E.D. Pa.);

23.    *Wiley v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01198-JMY (E.D. Pa.); and

24.    *Birnie et al. v. Citrix Systems, Inc.*, Case No. 2:24-cv-01201-JMY (E.D. Pa.).

Rule 42(a) of the Federal Rules of Civil Procedure provides that, when several actions involving common questions of law or fact are pending before a court, the court is authorized to order a joint hearing or trial of any or all the matters in issue in the actions, to consolidate the actions, or issue any other orders "to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a); *see also* Local Rule 42.1. The purpose of Rule 42(a) is to give a district court "broad discretion" to consolidate cases "as a matter of convenience and economy in judicial administration." 9A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2383 (3d ed.).

2

Here, consolidation is appropriate due to an array of shared common questions of law and fact among the Comcast Actions.  Plaintiffs in all Comcast Actions assert the same and/or similar claims against Defendants Comcast and/or Citrix[2] on behalf of overlapping putative nationwide classes arising the same event: the alleged breach by cybercriminals of internal Comcast systems and customer data, including Plaintiffs' personally identifiable information, which allegedly occurred because of a vulnerability in an on-premises Citrix product used by Comcast. Litigation of the Comcast Actions will therefore require resolution of several common issues,[3] including but not limited to: (1) the cause, extent, and scope of the Data Breach; (2) Defendants' investigations into the Data Breach; (3) communications between Comcast and Citrix concerning the Data Breach; (4) Defendants' data security measures prior to the Data Breach; (5) actions taken to remedy the Data Breach and the data security deficiencies that led to it; (6) any contractual obligations between the Defendants; (7) the adequacy of the notice of the Data Breach; and (8) the harm stemming from the Data Breach.

Given this substantial overlap, consolidation of the Comcast Actions will eliminate duplicative discovery, the possibility of inconsistent rulings on class certification, Daubert motions, and other pretrial matters, and conserve judicial and party resources. Indeed, courts routinely find that data breach class actions such as the Comcast Actions are particularly appropriate for consolidation, due to the significant overlap in factual and legal issues. *See, e.g.*, *Meyers v. Onix Grp., LLC*, No. CV 23-2288-KSM, 2023 WL 4630674, at *1 (E.D. Pa. July 19,

---

[2] Nearly all Comcast Actions bring claims against either Comcast Cable Communications, LLC, or Comcast Corporation (collectively, "Comcast"), some actions also name as a defendant Citrix Systems, Inc. ("Citrix"), and two actions bring claims against Citrix only. Collectively, Plaintiff refers to these entities as "Defendants."

[3] Defendants, of course, do not concede that any common issues predominate for purposes of Rule 23 analysis.

3

2023); *Marcaurel v. USA Waste-Mgmt. Res., LLC*, No. 21-CV-6199, 2021 WL 4940977, at *2 (S.D.N.Y. Sept. 3, 2021); *McDonald v. PaperlessPay Corp.*, No. 3:20-CV-1005, 2021 WL 931599, at *3 (M.D. Fla. Mar. 11, 2021).

Plaintiff Hasson therefore requests that the Court consolidate the Comcast Actions and assign all cases to Judge John Younge, as the already-assigned judge in seventeen of the twenty-four actions, including the first-filed action. Plaintiff also requests that the Court institute a variety of procedural measures (set forth in more detail in the attached Proposed Order) after consolidation to facilitate the efficient resolution of the consolidated actions, including:

1. Establishing the first-filed case, *Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039-JMY, as the master docket for the consolidated cases.

2. Entering a standing order that any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for all pre-trial purposes;

3. Seeking applications for appointment as interim lead class counsel, due fourteen (14) days after entry of the consolidation order, and holding a hearing to appoint interim lead class counsel if the Court deems such a proceeding necessary;

4. Requiring Plaintiffs to file a single Consolidated Complaint no later than forty-five (45) days after entry of an order appointing interim lead class counsel;

5. Staying or adjourning all existing responsive pleading deadlines, pending the appointment of interim lead class counsel; and

6. Requiring interim lead class counsel to confer with defense counsel to determine a schedule to answer or otherwise respond to the Consolidated Complaint.

All parties support the request for consolidation. All Plaintiffs' counsel support Plaintiff Hasson's request that the Court establish a schedule for interim lead class counsel applications and hold a hearing if it deems such a proceeding necessary; counsel for Defendants take no position on the proposed procedure for appointing interim lead Plaintiffs' counsel.

/s/ Gary F. Lynch
Gary F. Lynch (PA ID No. 56887)
Nicholas A. Colella (PA ID No. 332699)
Patrick D. Donathen (PA ID No. 330416)
Connor P. Hayes (PA ID No. 330447)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com
nickc@lcllp.com
patrick@lcllp.com
connorh@lcllp.com

MaryBeth V. Gibson (*pro hac vice*)
**GIBSON CONSUMER LAW GROUP, LLC**
4729 Roswell Rd.
Suite 208-108
Atlanta, Georgia 30342
T: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Counsel for Plaintiff Kenneth Hasson*

Gary F. Lynch (PA ID No. 56887)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com

Ryan J. Clarkson*
Glenn Danas*
Yana Hart*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway

/s/ Paul Bond
Hyun Yoon
Paul Bond (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
1650 Market Street, Ste 3300
Philadelphia, PA 19103
(215) 252-9537
Eric.yoon@hklaw.com
Paul.bond@hklaw.com

Sophie Kletzien (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
31 W. 52nd Street
New York, NY 10019
(212) 513-3567
Sophie.ketzien@@hklaw.com

*Counsel for Defendants Comcast Cable Communications, LLC and Comcast Corporation*

/s/ Thomas M. Gallagher
Thomas M. Gallagher (55984)
Allison DeLaurentis (309512)
**GOODWIN PROCTER LLP**
One Commerce Square
2005 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel.: (445) 207-7800
Fax: (445) 207-7900
TGallagher@goodwinlaw.com
ADeLaurentis@goodwinlaw.com

W. Kyle Tayman (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036

5

Malibu, CA 90265
Tel: (213) 788-4050
rclarkson@clarksonlawfirm.com
gdanas@clarksonlawfirm.com
yhart@clarksonlawfirm.com

Tel.: (202) 346-4000
Fax: (202) 346-4444
KTayman@goodwinlaw.com

*Counsel for Defendant Citrix Systems, Inc.*

Hassan A. Zavareei*
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900 Email:
hzavareei@tzlegal.com

*Counsel for Plaintiff Steven Prescott*

Kevin Laukaitis (PA ID 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205,
#10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Danielle Hendrickson*

Steven A. Schwartz (PA ID No. 50579)
Marissa N. Pembroke (PA ID No. 330494)
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
sas@chimicles.com
mnp@chimicles.com

Juliana Del Pesco (PA ID No. 326725)
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
2711 Centerville Road Suite 201
Wilmington, DE 19808

6

Telephone: (302) 656-2500
jdp@chimicles.com

*Counsel for Plaintiff Marcia Proto Wilson*

JAMES A. FRANCIS (Bar No. 77474)
Jordan M. Sartell (*pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel. (215) 735-8600

Hassan A. Zavareei*
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900 Email:
hzavareei@tzlegal.com

*Counsel for Plaintiff Steven Prescott*

Kevin Laukaitis (PA ID 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205,
#10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Danielle Hendrickson*

Steven A. Schwartz (PA ID No. 50579)
Marissa N. Pembroke (PA ID No. 330494)
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
sas@chimicles.com
mnp@chimicles.com

Juliana Del Pesco (PA ID No. 326725)
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
2711 Centerville Road Suite 201

7

Wilmington, DE 19808
Telephone: (302) 656-2500
jdp@chimicles.com

*Counsel for Plaintiff Marcia Proto Wilson*

JAMES A. FRANCIS (Bar No. 77474)
Jordan M. Sartell (*pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel. (215) 735-8600

Fax (215) 940-8000
jfrancis@consumerlawfirm.com
jsartell@ consumerlawfirm.com

Edward W. Ciolko*
Jennifer S. Czeisler*
**STERLINGTON, PLLC**
One World Trade Center
285 Fulton St. 85th Floor
 New York, New York 10007
Tel. (212) 433-2993
jen.czeisler@sterlingtonlaw.com
edward.ciolko@sterlingtonlaw.com

James M. Evangelista*
**EVANGELISTA WORLEY LLC**
500 Sugar Mill Road Suit 245A
Atlanta, GA 30350
Tel: (404) 205-8400
Fax: (404) 205-8395
jim@ewlawllc.com

*Counsel for Plaintiffs Centoria Gunther and
Alyssia Nanez*

Ian W. Sloss*
Johnathan Seredynski*
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
jseredynski@sgtlaw.com

Christian Levis*
Amanda G. Fiorilla*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

9

Anthony M. Christina PA ID# 322528
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA
Telephone: (215) 399-4770
achristina@lowey.com

*Counsel for Plaintiff Jacueline Keung*

Kevin Laukaitis (PA ID 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205,
#10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989
abm@murphylegalfirm.com

*Counsel for Plaintiff Veronica Verdier*

Charles E. Schaffer
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

Jeffrey S. Goldenberg*
Todd B. Naylor*
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

10

Jeffrey K. Brown, Esq.
Andrew Costello, Esq.
**LEEDS BROWN LAW, P.C**
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com
acostello@leedsbrownlaw.com

*Counsel for Plaintiffs Patricia Andros and
Ronald Simmont*

Charles E. Schaffer
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

Norman E. Siegel*
J. Austin Moore*
Stefon J. David*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
david@stuevesiegel.com

*Counsel for Plaintiff Robert Smith*

John A. Macoretta
Jeffrey L. Kodroff
Diana J. Zinser
**SPECTOR ROSEMAN & KODROFF,
P.C.**
2001 Market Street, Suite 3410
Philadelphia PA 19103
jmacoretta@srkattorneys.com
jkodroff@srkattorneys.com
dzinser@srkattorneys.com

*Counsel for Plaintiff Robert Roseman*

11

Todd S. Garber*
Andrew C. White*
**FINKELSTEIN, BLANKINSHIP FREI-
PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
tgarber@fbfglaw.com
awhite@fbfglaw.com

Paul M. Sod*
337R Central Avenue
Lawrence, New York 11559
Tel: (516) 295-0707
paulmsod@gmail.com

Christian Levis*
Amanda G. Fiorilla*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina PA ID# 322528
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA
Telephone: (215) 399-4770
achristina@lowey.com

*Counsel for Plaintiffs David McCauley and
Jodi Wolfson*

Lee Albert (PA ID # 046852)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com

*Counsel for Plaintiff Joseph Zagacki*

Bryan Paul Thompson
Robert W. Harrer
**CHICAGO CONSUMER LAW CENTER,
P.C.**
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

*Counsel for Plaintiff Enrique Munoz*

Patrick Howard (PA Atty ID #88572)
**SALTZ MONGELUZZI & BENDESKY,
P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 575-3895
phoward@smbb.com

Joe P. Leniski, Jr.*
**HERZFELD, SUETHOLZ, GASTEL,
LENISKI & WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, Tennessee 37203
Tel: (615) 800-6225
joey@hsglawgroup.com

Peter J. Jannace*
**HERZFELD, SUETHOLZ, GASTEL,
LENISKI & WALL, PLLC**
515 Park Avenue
Louisville, Kentucky 40208
Tel: (502) 636-4333
peter@hsglawgroup.com

*Counsel for Plaintiff Ralf Werner*

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
cschaffer@lfsblaw.com

13

Joseph Guglielmo*
**SCOTT+SCOTT ATTORNEYS AT LAW
LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com

Erin Green Comite*
**SCOTT+SCOTT ATTORNEYS AT LAW
LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com

*Counsel for Plaintiff Jessica Durham*

Amber L. Schubert*
**SCHUBERT JONCKHEER & KOLBE
LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
aschubert@sjk.law

Christian Levis*
Amanda G. Fiorilla*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

14

Anthony M. Christina PA ID# 322528
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA
Telephone: (215) 399-4770
achristina@lowey.com

*Counsel for Plaintiffs Jacklyn Remark and
Noah Birkett*

Mark B. DeSanto (PA Bar No. 320310)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3046
mdesanto@bm.net

E. Michelle Drake*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
emdrake@bm.net

Karen H. Riebel*
Kate M. Baxter-Kauf*
Maureen Kane Berg*
Emma Ritter Gordon*
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave S., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com
erittergordon@locklaw.com

15

David E. Wynne*
**DURDINE WYNNE LLP**
Wedge International Tower
1415 Louisiana, Suite 3900
Houston, TX 77002
Tel: (713) 227-8835
dwynne@burdinewynne.com

*Counsel for Plaintiff Vince Estevez*

William Wright*
**THE WRIGHT LAW OFFICE, P.A.**
515 N. Flagler Drive P300
West Palm Beach, FL 33401
willwright@wrightlawoffice.com
561-514-0904

Marc E. Dann*
Brian D. Flick*
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

Thomas A. Zimmerman, Jr.*
**ZIMMERMAN LAW OFFICES**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Fax: (312) 440-4180
tom@attorneyzim.com

*Counsel for Plaintiff Charles Metzger*

16

Jay Eng*
Patrick T. Egan*
Christina L. Gregg*
**BERMAN TABACCO**
One Liberty Square Boston, MA 02109
Telephone: (617) 542-8300
jeng@bermantabacco.com
pegan@bermantabacco.com
cgregg@bermantabacco.com

*Counsel for Plaintiff Jessica Carey*


James A. Barry, Esq.
Meghan Talbot, Esq.
**POGUST GOODHEAD, LLC**
505 S. Lenola Rd., Suite 126
Moorestown, NJ 08057
Telephone: (610) 941-4204
jbarry@pogustgoodhead.com
mtalbot@pogustgoodhead.com

Michael A. Galpern, Esq.
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Telephone: (856) 596-4100
mgalpern@lawjw.com

*Counsel for Plaintiff Michelle Clark*

17

Jeff Ostrow*
Steven Sukert*
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500 Ft.
Lauderdale, Florida 33301
Telephone No.: (954) 525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

Alan M. Feldman
Zachary Arbitman
Samuel Mukiibi
**FELDMAN SHEPHERD**
**WOHLGELERNTER**
**TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
afeldman@feldmanshepherd.com
zarbitman@feldmanshepherd.com
smukiibi@feldmanshepherd.com

*Counsel for Plaintiff Raymond Goodrow*

Alexandra Warren*
Charles J. LaDuca*
Brendan Thompson*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW Suite 200
Washington, DC 20016
(202) 789-3960
awarren@cuneolaw.com
charles@cuneolaw.com
brendant@cuneolaw.com

Charles Barrett*
Daniella Bhadare-Valente*
Morgan L. Burkett*
**NEAL & HARWELL, PLC**
1201 Demonbreun St. Suite 1000
Nashville, TN 37203
(615) 244-1713

18

cbarrett@nealharwell.com
dbhadare-valente@nealharwell.com
mburkett@nealharwell.com

*Counsel for Plaintiff Alexander Nunn*


Mark B. DeSanto
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3046
mdesanto@bm.net

E. Michelle Drake*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
emdrake@bm.net

*Counsel for Plaintiff Laura Wiley*


Charles E. Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com

Rosemary M. Rivas*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com

*Counsel for Plaintiffs Michelle Birnie,*
*Charolet W. Fail, and Lauren Wilkinson*


*\*pro hac vice forthcoming*

19

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion and was filed served electronically on all counsel of record in the *Hasson* matter via the Court's CM/ECF system.  Additionally, I certify that the foregoing motion was served electronically on counsel of record in all other matters as an attachment to an electronic Notice that was filed on each case's docket via the Court's CM/ECF system.

*/s/ Gary F. Lynch*
Gary F. Lynch

20