**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>Defendant. | Case No. 2:23-cv-05039-JMY |
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-05040-GAM |
| DANIELLE HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>Defendant. | Case No. 2:23-CV-05072-MMB |

| | |
|---|---|
| MARCIA PROTO WILSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>       Defendant. | Case No. 2:23-cv-05091-JMY |
| ALYSSIA NANEZ et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>       Defendant. | Case No. 2:23-cv-05092-CFK |
| JACQUELINE KEUNG, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>       Defendant. | Case No. 2:23-cv-05110-JMY |

| VERONICA VERDIER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION et al.,<br><br>        Defendants. | Case No. 2:23-cv-05137-MMB |
|---|---|
| PATRICIA ANDROS et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>        Defendants. | Case No. 2:24-cv-00068-JMY |
| ROBERT SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>        Defendants. | Case No. 2:24-cv-00258-CFK |

| | |
|---|---|
| ROBERT M. ROSEMAN, individually and on behalf of all others similarly situated, <br><br>         Plaintiff, <br><br>     v. <br><br> COMCAST CORPORATION, <br><br>         Defendant. | Case No. 2:24-cv-00271-JMY |
| DAVID MCCAULEY et al., individually and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br><br>     v. <br><br> COMCAST CABLE COMMUNICATIONS LLC et al., <br><br>         Defendants. | Case No. 2:24-cv-00280-JMY |
| ENRIQUE MUNOZ, individually and on behalf of all others similarly situated, <br><br>         Plaintiff, <br><br>     v. <br><br> COMCAST CABLE COMMUNICATIONS LLC, <br><br>         Defendant. | Case No. 2:24-cv-00425-JMY |

| | |
|---|---|
| JOSEPH ZAGACKI, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br>     v. <br><br> COMCAST CABLE COMMUNICATIONS LLC et al., <br><br>       Defendants. | Case No. 2:24-cv-00507-JMY |
| RALF WERNER, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br>     v. <br><br> COMCAST CABLE COMMUNICATIONS LLC et al., <br><br>       Defendants. | Case No. 2:24-cv-00599-MMB |
| JESSICA DURHAM, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br>     v. <br><br> COMCAST CABLE COMMUNICATIONS LLC, <br><br>       Defendant. | Case No. 2:24-cv-00639-JMY |

| | |
|---|---|
| JACLYN REMARK et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>      Defendants. | Case No. 2:24-cv-00793-JMY |
| VINCE ESTEVEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>      Defendants. | Case No. 2:24-CV-00800-JMY |
| JESSICA CAREY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>      Defendants. | Case No. 2:24-cv-01050-JMY |

| | |
|---|---|
| CHARLES METZGER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS LLC et al.,<br><br>        Defendants. | Case No. 2:24-cv-01051-JMY |
| MICHELLE CLARK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>        Defendants. | Case No. 2:24-cv-1128-JMY |
| RAYMOND GOODROW, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>        Defendants. | Case No. 2:24-cv-01129-JMY |

| | |
|---|---|
| ALEXANDER W. NUNN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>    Defendants. | Case No. 2:24-cv-01130-GJP |
| LAURA WILEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC. et al.,<br><br>    Defendants. | Case No. 2:24-cv-01198-JMY |
| MICHELLE BIRNIE et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITRIX SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-01201-JMY |

**ORDER**

AND NOW, this 27th day of March, 2024, in consideration of Plaintiffs' unopposed Motion to consolidate the above-listed actions, establish a briefing schedule for firms or firm coalitions to submit interim lead class counsel applications, and schedule a hearing for motions for leadership, it is hereby **ORDERED** that:

1. The following twenty-four class action cases currently pending in this Court (collectively, the "Comcast Actions") are consolidated before the Honorable John M. Younge pursuant to Federal Rule of Civil Procedure 42(a) for purposes of addressing common issues of law and fact prior to trial:

a. *Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039-JMY (E.D. Pa.);

b. *Prescott v. Comcast Corporation*, No. 2:23-cv-05040-GAM (E.D. Pa.);

c. *Hendrickson v. Comcast Corporation*, No. 2:23-cv-05072-MMB (E.D. Pa.);

d. *Wilson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05091-JMY (E.D. Pa.);

e. *Nanez et al. v. Comcast Cable Communications, LLC*, No. 2:23-cv-05092-CFK (E.D. Pa.);

f. *Keung v. Comcast Cable Communications, LLC*, No. 2:23-cv-05110-JMY (E.D. Pa.);

g. *Verdier v. Comcast Corporation et al.*, No. 2:23-cv-05137-MMB (E.D. Pa.);

h. *Andros et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00068-JMY (E.D. Pa.);

i. *Smith v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00258-CFK (E.D. Pa.);

j. *Roseman v. Comcast Corporation*, No. 2:24-cv-00271-JMY (E.D. Pa.);

k. *McCauley et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00280-JMY (E.D. Pa.);

1

l.   *Munoz v. Comcast Cable Communications, LLC*, No. 2:24-cv-00425-JMY (E.D. Pa.);

m.   *Zagacki v. Comcast Cable Communications, LLC, et al.*, No. 2:24-cv-00507-JMY (E.D. Pa.);

n.   *Werner v. Comcast Cable Communications, LLC*, No. 2:24-cv-00599-MMB (E.D. Pa.);

o.   *Durham v. Comcast Cable Communications, LLC*, No. 2:24-cv-00639-JMY (E.D. Pa.);

p.   *Remark et al. v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-00793-JMY (E.D. Pa.);

q.   *Estevez v. Citrix Systems, Inc. et al.*, No. 2:24-CV-00800-JMY (E.D. Pa);

r.   *Carey v. Citrix Systems, Inc. et al.*, No. 2:24-cv-01050-JMY (E.D. Pa.);

s.   *Metzger v. Comcast Cable Communications, LLC et al.*, No. 2:24-cv-01051-JMY (E.D. Pa.);

t.   *Clark v. Citrix Systems, Inc.,* No. 2 :24-cv-01128-JMY (E.D. Pa.);

u.   *Goodrow v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01129-JMY (E.D. Pa.);

v.   *Nunn v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01130-GJP (E.D. Pa.);

w.   *Wiley v. Citrix Systems, Inc. et al.*, Case No. 2:24-cv-01198-JMY (E.D. Pa.); and

x.   *Birnie et al. v. Citrix Systems, Inc.*, Case No. 2:24-cv-01201-JMY (E.D. Pa.).

2.   All papers filed in the Consolidated Action shall be filed under *Hasson v. Comcast Communications LLC*, Case No. 2:23-cv-05039-JMY, under the following caption:

2

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS LLC,<br><br>      Defendant.<br><br>This Document Relates To: | Master Docket No. 2:23-cv-05039-JMY |

3. The case file for the Consolidated Action will be maintained under Master Docket No. 2:23-cv-05039-JMY. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption, for example: "2:23-cv-05040-GAM (*Prescott*)."

4. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar alleged facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a notice whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

 a. place a copy of this Order in the separate file for such action;

 b. serve on Plaintiffs' counsel in the new case a copy of this Order;

 c. direct that this Order be served upon defendants in the new case; and

 d. make the appropriate entry in the Master Docket.

3

5.      Any attorney who has filed a related Comcast Action or any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim lead class counsel or other designated counsel either individually or as part of a proposed leadership slate. All applications must be e-filed in Master Docket No. 2:23-cv-05039-JMY, no later than fourteen (14) days from the entry of this Order. Each attorney's or proposed leadership slate's application shall address the factors set forth in Rule 23(g) or other relevant factors and may include a firm resume. The Court may hold a hearing on the applications or appoint interim lead class counsel or other designated counsel based on timely written submissions only.

6.      Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following entry of an order appointing interim lead class counsel or other designated counsel.

7.      Appointed interim lead class counsel will meet and confer with counsel for Defendants to stipulate to a schedule for filing a response to the Consolidated Complaint, including any motion to dismiss briefing.

8.      Defendants need not file a response to the complaint in each Comcast Action and instead will answer or otherwise respond to the Consolidated Complaint.

9.      All responsive pleading deadlines for Comcast, Citrix, and any additional defendants named in future Comcast Actions shall be stayed pending the appointment of interim lead class counsel and the Parties' entry of a stipulated response schedule.

**SO ORDERED.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, C.J.**

4