## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 23-cv-5039 |
| | : | |
| v. | : | |
| | : | |
| COMCAST CABLE COMMUNICATIONS, | : | THIS DOCUMENT RELATES TO *ALL CONSOLIDATED ACTIONS* |
| Defendant. | : | |
| | : | |

## CASE MANAGEMENT ORDER NO. 1

NOTICE REGARDING INITIAL CONFERENCE WITH COUNSEL AND THE COURT AND RELATED PRELIMINARY MATTERS

A final Agenda for the May 14, 2024 conference has not been set, and the following is not an exhaustive list of matters to be discussed at the conference. However, the primary matters that the Court intends to raise for discussion with counsel include:

- The Organization of Counsel

The Court will consider any argument on and objections to the previously-filed Motions to Appoint Counsel (ECF Nos. 20-24). However, the Court encourages counsel to reach a consensus proposal. To that end, Plaintiffs' counsel are **DIRECTED** to meet and confer in advance of the conference and to submit a Joint Status Report on their progress by **May 10, 2024**.

The conference will also consider the process for selecting Plaintiffs' lead counsel, the responsibilities of lead counsel, the allocation of tasks and responsibilities for non-lead counsel, expectations for maintaining expense and time records for any subsequent financial obligations, developing and proposing to the Court a schedule for commencement, execution, and completion

of discovery, maintaining communications with defense counsel, preparing for future conferences and preparing for any report(s) pursuant to F.R.C.P. 16, and similar matters.

This topic may also include consideration of a designation of a defense lead counsel and/or naming one or more liaison counsel from the various parties to coordinate service and filing and maintain communications with the Court's Clerk's Office staff and the Court's Deputy and law clerks assisting the Court with the administrative features of this litigation.

- Discovery

This topic will include discussion of anticipated discovery hurdles and timing considerations.  The Court will also consider any proposals or concerns from counsel regarding the availability and accessibility of electronically stored information between the various parties and request a proposed Order if necessary.

- Motions

The Court will consider any proposed procedures for filing, responding to, and holding hearing(s) on motions, including dispositive motions.  In general, motion practice will follow the applicable Federal and Local Rules, except as otherwise may be provided in any subsequent case management order(s).

- Guidelines for the Submission of a Proposed Scheduling Order

**IT IS SO ORDERED**.

DATE:  April 29, 2024              BY THE COURT:
                                   /s/ John Milton Younge
                                   **Judge John Milton Younge**