# SCHUBERT JONCKHEER & KOLBE LLP
### Attorneys at Law

Robert C. Schubert
Willem F. Jonckheer
Dustin L. Schubert
Amber L. Schubert

Gregory T. Stuart
Daniel L.M. Pulgram

April 30, 2024

VIA CM/ECF

Hon. John Milton Younge
Courtroom 15-B
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Hasson et al. v. Comcast Cable Communications*, No. 23-cv-5039 (All Actions), Unopposed Request to Appear Remotely at May 14, 2024 Initial Conference

Dear Judge Younge,

I represent plaintiffs Jaclyn Remark and Noah Birkett in the above-captioned consolidated litigation. On April 10, 2024, in accordance with the Court's consolidation order, I filed an application for appointment to plaintiffs' executive committee. ECF 24. This Court subsequently set a hearing for May 14, 2024 at 10:00 a.m. to discuss, *inter alia*, the organization of counsel, including the previously filed motions to appoint counsel. ECF 46.

Unfortunately, I will be out of the country from May 7-15, 2024 for a pre-planned vacation and am unable to attend the the initial conference in-person in Philadelphia. In light of this scheduling conflict, I respectfully request the Court's permission to appear by video or telephone at the May 14 initial conference, at the Court's preference. If granted, I would be happy to coordinate logistical details with your courtroom deputy.

I contacted counsel for all parties who filed leadership motions, as well as counsel for defendants, and no party opposes this request. I very much appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Amber L. Schubert*

Amber L. Schubert
SCHUBERT JONCKHEER & KOLBE LLP

cc: All Counsel (via ECF)

2001 Union St Ste 200 · San Francisco, CA 94123 · (415) 788-4220 · Facsimile: (415) 788-0161

aschubert@sjk.law · www.sjk.law