# Exhibit A

# Daniel Hart

| | |
|---|---|
| **From:** | Norm Siegel <siegel@stuevesiegel.com> |
| **Sent:** | Monday, April 8, 2024 3:47 PM |
| **To:** | Gary Lynch |
| **Subject:** | RE: Hasson V. Comcast Cable Communications LLC |

Counsel –

Gary Lynch and I have now spoken with at least one representative from each of the 2 dozen cases consolidated before Judge Goldberg. Our effort was centered around seeing if we could get everyone on board with a consensus slate for the Court's consideration. The feedback has been largely positive. As far as we're aware, all of the cases support Gary and I for lead and that support is very much appreciated. Many have indicated an interest in receiving work, and others have expressed strong interest in participating as a PSC member. Gary and I have in turn tried to pencil out a PSC, and perhaps not unexpectedly, this has proven to be a challenge. We have over 60 lawyers in the case, and unfortunately don't think we can accommodate everyone who has expressed interest on serving on the PSC. Based on the feedback we've received from you all, we intend to submit an application that includes the following individuals as part of a PSC. **We also will expressly represent that we intend to call upon the deep bench of other Plaintiffs' counsel for specific tasks as we move the case forward.**

Here's the proposal:

<u>Leads</u> – Gary Lynch and Norm Siegel
<u>Liaison</u> – Charlie Schafer and Jim Francis
<u>PSC</u> –
Ryan Clarkson
Erin Comite
Michelle Drake
Amanda Fiorilla
Kevin Laukaitis
Matt Lines
John A. Macoretta
Rosemary Rivas

We hope everyone is comfortable with this approach, but certainly understand if one or more of you decide to file an application for the PSC. If you decide to file your own motion, please let us know so we can properly represent to the Court how this is shaping up.

Thanks,
Norm

**Norman E. Siegel**
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7112
www.stuevesiegel.com

This email (including any attachments) is intended only for the use of the recipient to whom it is addressed and may contain information that is privileged, confidential, or protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please delete the email and any attachments and notify us immediately. Thank you.