UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC.,<br><br>Defendants.<br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

**PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE THE DECLARATIONS OF SANDRA CAVAZOS AND ADAM DARRAH FILED IN SUPPORT OF COMCAST'S MOTION TO DISMISS**

Plaintiffs Patricia Andros, Michelle Birnie, Jessica Durham, Vince Estevez, Charolet W. Fail, Danielle Hendrickson, Alyssia Nanez, Alexander Nunn, Steven Prescott, Robert Smith, Veronica Verdier, Marcia Wilson, Jodi Wolfson, (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, file these Objections to and Motion to Strike the Declarations of Sandra Cavazos and Adam Darrah filed in support of Defendants Comcast Cable Communications LLC's and Comcast Corporation's (collectively, "Comcast") Motion to Dismiss the Corrected First Amended Consolidated Class Action Complaint (ECF No. 158) (the "Motion to Dismiss"). As set forth in Plaintiffs' accompanying memorandum of law, these declarations are inadmissible and should be excluded from consideration in resolution of the pending Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request that the Court strike or otherwise exclude from consideration the Declaration of Sandra Cavazos, ECF No. 158-3, and the Declaration of Adam Darrah, ECF No. 158-18.

Dated: April 30, 2025                                                          Respectfully submitted,

| | |
|---|---|
| /s/ Norman E. Siegel | /s/ Gary F. Lynch |
| Norman E. Siegel | Gary F. Lynch (PA No. 56887) |
| **STUEVE SIEGEL HANSON LLP** | **LYNCH CARPENTER LLP** |
| 460 Nichols Rd., Ste. 200 | 1133 Penn Avenue, 5th Floor |
| Kansas City, MO 64112 | Pittsburgh, PA 15222 |
| T: (816) 714-7100 | Telephone: (412) 322-9243 |
| siegel@stuevesiegel.com | gary@lcllp.com |
| | |
| *Co-Lead Interim Class Counsel* | *Co-Lead Interim Class Counsel* |
| | |
| Charles E. Schaffer (PA No. 76259) | James A. Francis (PA No. 77474) |
| **LEVIN SEDRAN & BERMAN LLP** | **FRANCIS MAILMAN SOUMILAS, P.C.** |
| 510 Walnut Street, Suite 500 | 1600 Market Street, Suite 2510 |
| Philadelphia, PA 19106 | Philadelphia, PA 19103 |
| T: (215) 592-1500 | T: (215) 735-8600 |
| cschaffer@lfsblaw.com | jfrancis@consumerlawfirm.com |
| | |
| *Co-Liaison Counsel* | *Co-Liaison Counsel* |
| | |
| Ryan J. Clarkson | E. Michelle Drake |
| **CLARKSON LAW FIRM, P.C.** | **BERGER MONTAGUE PC** |
| 22525 Pacific Coast Highway | 1229 Tyler Street NE, Suite 205 |
| Malibu, CA 90265 | Minneapolis, MN 55413 |
| T: (213) 788-4050 | T: (612) 594-5933 |
| rclarkson@clarksonlawfirm.com | emdrake@bm.net |
| | |
| Amanda G. Fiorilla | Todd S. Garber |
| **LOWEY DANNENBERG, P.C.** | **FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP** |
| 44 South Broadway, Suite 1100 | One North Broadway, Suite 900 |
| White Plains, NY 10601 | White Plains, New York 10601 |
| T: (914) 997-0500 | T: (914) 298-3281 |
| afiorilla@lowey.com | tgarber@fbfglaw.com |

| | |
|---|---|
| Kevin Laukaitis (PA No. 321670)<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>T: (215) 789-4462<br>klaukaitis@laukaitislaw.com | Joe P. Leniski, Jr.<br>**HERZFELD, SUETHOLZ, GASTEL,<br>LENISKI & WALL, PLLC**<br>223 Rosa L. Parks Avenue, Suite 300<br>Nashville, Tennessee 37203<br>T: (615) 800-6225<br>joey@hsglawgroup.com |
| Matthew L. Lines<br>**LINES LAW PLLC**<br>201 Alhambra Circle, Suite 1060<br>Coral Gables, FL 33134<br>T: 786-634-4306<br>lines@lineslaw.com | Rosemary M. Rivas<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>T: (510) 350-9720<br>rmr@classlawgroup.com |
| Amber L. Schubert<br>**SCHUBERT JONCKHEER &<br>KOLBE LLP**<br>2001 Union Street, Suite 200<br>San Francisco, CA 94123<br>T: (415) 788-4220<br>aschubert@sjk.law | Diana J. Zinser (PA No. 203449)<br>**SPECTOR ROSEMAN AND KODROFF,<br>P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>T: (215) 496-0300<br>dzinser@srkattorneys.com |

*Plaintiffs' Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I caused a true and correct copy of the foregoing and related attachments to be served on all counsel of record via email.

> */s/ Gary F. Lynch*
> Gary F. Lynch (PA No. 56887)
> **LYNCH CARPENTER LLP**
> 1133 Penn Avenue, 5th Floor
> Pittsburgh, PA 15222
> Telephone: (412) 322-9243
> gary@lcllp.com

4