**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC.,<br><br>Defendants.<br><br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

**ORDER**

Having considered Plaintiffs' Uncontested Motion to Seal Plaintiffs' Opposition to Defendants' Motions to Dismiss and the lack of opposition thereto, it is hereby ORDERED that:

- Plaintiffs' Motion is GRANTED.

- Pursuant to L.R. Civ. P. 5.1.2(6) and this Order, the Clerk shall file under seal the Unredacted Plaintiffs' Opposition to Defendants' Motions to Dismiss; Exhibits A, B, C, D, E, and F to Plaintiffs' Opposition; and Unredacted Plaintiffs' Motion to Strike.

**SO ORDERED.**

Dated: May 1, 2025

/s/ John Milton Younge
Hon. John M. Younge
U.S. District Judge

1