UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC.,<br><br>Defendants.<br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

**PLAINTIFFS' UNOPPOSED[1] MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Gary F. Lynch and Norman E. Siegel and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiffs Patricia Andros, Michelle Birnie, Jessica Durham, Ryan Emmett, Vince Estevez, Alexander Nunn, Steven Prescott, Robert Smith, Veronica Verdier, Marcia Proto Wilson, Jodi Wolfson, through Class Counsel, hereby move for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement;

---

[1] While Comcast does not oppose the relief sought in Plaintiffs' Motion for Preliminary Approval, it does not agree with the factual recitation in this Memorandum and denies all liability for the claims brought in this litigation.

1

(2) Provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All persons residing in the United States and its territories who were sent individual notification of the Data Breach, which occurred in October 2023, and was publicly disclosed by Comcast in December 2023.
>
> Excluded from the Settlement Class are (i) Comcast, any entity in which Comcast has a controlling interest, and Comcast's officers, directors, employees, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; (iii) any individual who timely and validly opts out of the Settlement; and (iv) all individuals who on or before the filing of Plaintiffs' Motion for Preliminary Approval either (1) filed a written arbitration demand or petition against Comcast relating to the Data Breach but have not signed a release of their claims against the Released Parties, (2) provided written notice to Comcast that they are currently represented by counsel for an arbitration claim related to the Data Breach but have not signed a release of their claims against the Released Parties, or (3) released their claims against the Released Parties.

(3) Preliminarily appointing Plaintiffs Patricia Andros, Michelle Birnie, Jessica Durham, Ryan Emmett, Vince Estevez, Alexander Nunn, Steven Prescott, Robert Smith, Veronica Verdier, Marcia Proto Wilson, Jodi Wolfson as Settlement Class Representatives;

(4) Preliminarily appointing Class Counsel consisting of Co-Lead Counsel Gary F. Lynch of Lynch Carpenter LLP and Norman E. Siegel of Stueve Siegel Hanson LLP, and Co-Liaison Counsel James A. Francis of Francis Mailman Soumilas, P.C. and Charles E. Schaffer of Levin Sedran & Berman LLP to act on behalf of the Settlement Class Representatives and the Settlement Class with respect to the Settlement;

(5) Approving the Parties' proposed schedule, settlement procedure, Benefits Plan, and Notice Plan, including approving the Parties' selection of Kroll Settlement Administration LLC as Settlement Administrator;

(6) Entering the proposed Preliminary Approval Order; and

(7) Granting such other and further relief as may be just and appropriate.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
T: (816) 714-7100
siegel@stuevesiegel.com

*Co-Lead Interim Class Counsel*

Charles E. Schaffer (PA No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
cschaffer@lfsblaw.com

*Co-Liaison Counsel*

*/s/ Gary F. Lynch*
Gary F. Lynch (PA No. 56887)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com

*Co-Lead Interim Class Counsel*

James A. Francis (PA No. 77474)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
jfrancis@consumerlawfirm.com

*Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of December, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Gary F. Lynch*
Gary F. Lynch