Exhibit 4

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated, <br><br>             Plaintiff, <br><br>    v. <br><br> COMCAST CABLE COMMUNICATES LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC. <br><br>             Defendants. <br> This Document Relates to All Actions | Master Docket No.: 2:23-cv-05039-JMY |

### DECLARATION OF GERALD THOMPSON ON BEHALF OF PROPOSED PROVIDER OF IDENTITY DEFENSE SERVICES AND RESTORATION SERVICES

I, Gerald Thompson, declare as follows:

1. I am the President & Founder of CyEx, which was founded in 2015, and I am intimately familiar with the company and its services. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Approval and to Direct Notice of Proposed Settlement to The Class.

2. CyEx LLC is the successor company to Intersections Inc. which was founded in 1995 and was one of the first companies to offer identity protection and remediation to consumers in the United States. Since that time, under white label brands and through its own brands, CyEx and its affiliates have protected more than 49 million citizens in the United States and more than 2.43 million families. CyEx has distributed its services through a focused distribution network of large U.S. financial institutions and large enterprise companies since its founding and has serviced

both large and small data breach populations over the past 14 years.

3.      CyEx is a long-standing, well capitalized, and experienced company that is fully capable of providing the services. Companies choose CyEx because CyEx has the requisite experience and knowledge to service any breach population with seamless onboarding, excellent customer service, and attention to detail. In the last decade CyEx has serviced more than 2,300 data breaches for large and small businesses. In the past 4 years the company serviced some of the largest data breach incidents including Capital One, MGM, T-Mobile, Morgan Stanley, Banner Health, Kemper Insurance, Aflac, Loan Depot and many others.

4.      CyEx is willing and able to be appointed by the Court as the provider of Identity Defense Services and Restoration Services, as those terms are defined in the Proposed Consumer Settlement Benefits Plan. For the Comcast settlement, CyEx will provide Settlement Class Members a service called CyEx Financial Shield Complete. Detailed information regarding the service is appended hereto. This service provides the following features to detect and remediate potential financial fraud and identity theft:

- 1-Bureau credit monitoring from Experian monitors for changes in the credit profile of the class member and notifies them via an instant alert if there is suspicious activity or a change in account status that requires personal verification

- Financial Transaction Monitoring. This service alerts Customer when cash withdrawals, balance transfers, and significant purchases are made that exceed pre-defined thresholds, thereby allowing early detection for unusual or unauthorized transactions.

- Spending Tracker by Category. Spending Tracker provides a consolidated, up-to-date snapshot of total monthly spending activity across the Customer's registered credit and debit accounts.

- Bank and Financial Account Monitoring. The service is constantly monitoring for changes to the Customer's financial accounts which could lead to theft of funds. Customers receive alerts whenever a new bank account is opened in their names, personal information is modified, or a new account holder is added to their accounts.

2

- **Home & Property Title Monitoring.** This service tracks the Customer's registered titles, including titles for homes, multi-family properties, or land, for indications of home title fraud and notifies Customers when changes to their existing titles are detected.

- **Monthly Credit Score and Tracker.** Financial Shield Complete provides Customers with a monthly VantageScore 3.0 credit score that reflects their current credit status. Customers also receive credit score factors that explain how their payment history, credit utilization, and other factors affect their credit scores.

- **Real-Time Authentication alerts.** Authentication Alerts notify the Customer when his/her Social Security number (SSN) is used as part of an identity verification event.

- **Real-Time Inquiry Alerts.** Real-Time Inquiry Alerts notify the Customer if a credit inquiry is detected within the Customer's monitored credit file.

- **High Risk Transaction Monitoring.** Financial Shield Complete constantly tracks high-risk transactions, such as online password resets, tax refunds, wire transfers, and more. Financial Shield Complete will alert Customers to verify that the detected transaction is legitimate before damaging fraud could occur.

- **Change of Address Monitoring.** This service scans the United States Postal Service (USPS) National Change of Address database to look for any mail forwarding requests associated with the Customer's name. The Customer can confirm that the change is authentic and not the work of a fraudster attempting to redirect his/her mail.

- **Fictitious Identity Monitoring.** This service notifies Customers when someone uses their Social Security number (SSn) in conjunction with names that don't belong to them.

- **Dark Web Monitoring** alerts Customers when their Social Security numbers, email addresses, dates of birth, passport numbers, driver's license numbers, credit card numbers, financial account numbers, health insurance numbers, user IDs, and more are detected on the Dark Web.

- **Lost wallet protection.** When a customer's wallet or credit cards are lost or stolen, the Financial Shield Customer Care team is ready to help swiftly cancel and replace active credit cards and accounts.

- **Security freeze capability** in multiple categories: Credit – Experian, Equifax, TransUnion and Innovis; Specialty Finance – Sage Stream, Clarity DATAX and CoreLogic; Closed Checking and Savings accounts – Chex Systems; and Utilities – NCTUE

- Up to $1 million dollars in no-deductible reimbursement insurance provided by a third-party insurer to cover certain eligible losses and fraud-related expenses incurred due to identity theft or financial fraud.

- **Customer Support** agents specially trained in credit, financial, non-credit, and high-risk monitoring help the Customer decipher detected or suspicious activity.

3

- Insight & tips for members on the user dashboard. This news feed keeps Customers current on threats to their identity and personal finances, providing advice on ways to protect themselves. Industry experts curate up-to-date information and news regarding identity theft threats and post them on the Customer's Identity Defense Dashboard to raise awareness and provide education.

5. The retail cost of buying the same Financial Shield Complete Service is $14.95 per month and $179.40 per year of service for each individual signing up.

6. CyEx will provide these services for at least 39 months after the Effective Date (as that term is defined by the Settlement) to all Settlement Class Members who timely make a claim for the services or who seek to enroll directly with CyEx during the period of the services.

7. If requested by Settlement Class Counsel to extend the Services using funds that are remaining from the Settlement Fund, CyEx will provide additional Financial Shield Complete Services and Restoration Services for an extended period which shall be determined by the amount of money left in the Settlement Fund that is allocated for this purpose, all subject to Court approval.

8. At the end of the service period, CyEx will not automatically extend the services to Settlement Class Members. No later than 30 days before the end of the services, CyEx will contact the enrolled Settlement Class Members to inform them that the services will terminate.

9. CyEx will provide Settlement Class Counsel with quarterly updates as to the number of Settlement Class Members who have enrolled in Identity Defense Services.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 22nd day of December, 2025, in Sparta, New Jersey.

12-22-2025

Gerald Thompson
President & Founder
CyEx LLC

4

Product Overview

# Financial Shield Complete





# Dashboard





# 1-Bureau Credit Monitoring

Available in **Financial Shield Total**



## Description

Monitors Customers' credit reports using Experian and provides notification regarding certain changes to their credit profile, which, if unexpected, could be a sign of potential fraud.

## Customer Benefit

When someone is the victim of identity theft or fraud, there is often a negative impact on his/her credit. This is because criminals are using the victim's information to open bank accounts or take out loans in the victim's name. Financial Shield uses Experian to monitor and alert the Customer of suspicious activity that could negatively impact the Customer's credit.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.



# Financial Transaction Monitoring



## Description

Financial Transaction Monitoring alerts Customer when cash withdrawals, balance transfers, and significant purchases are made that exceed pre-defined thresholds, thereby allowing early detection for unusual or unauthorized transactions.

## Customer Benefit

On average, Customers have four relationships with financial institutions, which makes it challenging and time-consuming to keep up with all the transaction activity at each financial institution. Transaction Monitoring lets Customers conveniently view and track charges across all of their accounts to detect any suspicious activity.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Spending Tracker by Category



## Description

Spending Tracker provides a consolidated, up-to-date snapshot of total monthly spending activity across the Customer's registered credit and debit accounts.

## Customer Benefit

Spending Tracker provides a consolidated, up-to-date snapshot of total monthly spending activity across the Customer's registered credit and debit accounts.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Bank & Financial Account Monitoring 

## Description

Bank and Financial Account Monitoring constantly monitors changes to the Customer's financial accounts which could lead to theft of funds. Customers receive alerts whenever a new bank account is opened in their names, personal information is modified, or a new account holder is added to their accounts.

## Customer Benefit

Bank fraud was the third most common type of identity fraud reported in 2023, and it is one of the most devastating because it often results in the loss of cash. Financial Shield protects Customers by constantly monitoring for suspicious changes to their existing accounts and the opening of new accounts.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.



# Home Title Monitoring



## Description

Home Title Monitoring tracks the Customer's registered titles, including titles for homes, multi-family properties, or land, for indications of home title fraud and notifies Customers when changes to their existing titles are detected.

## Customer Benefit

Home Title Fraud is a fast-growing crime that impacts a family's largest asset. All titles are a matter of public record, so criminals access those records and can file to change ownership, take out loans, or sell a house or property.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Monthly Credit Score & Tracker 

## Description

Financial Shield provides Customers with a monthly VantageScore 3.0 credit score that reflects their current credit status. Customers also receive credit score factors that explain how their payment history, credit utilization, and other factors affect their credit scores.

## Customer Benefit

By accessing their monthly credit scores, Customers gain insight into their creditworthiness. Financial Shield tracks the Customer's credit score in an easy-to-decipher graph over a rolling 12-month period, which enables Customers to visualize how their credit scores trend over time.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.



# Real-Time Authentication Alerts



## Description

Authentication Alerts notify the Customer when his/her Social Security Number (SSN) is used as part of an identity verification event.

## Customer Benefit

Before allowing certain types of credit-related activity, many companies will attempt to verify the identity of the person requesting the transaction. These activities can include accessing an existing account, opening a new account, changing a password or updating account information. Identity Defense notifies the Customer in near real-time when identity verification is attempted so that the Customer can stop identity theft before it occurs.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

Case 2:23-cv-05039-JMY      Document 275-5      Filed 12/23/25      Page 15 of 25



# Real-Time Inquiry Alerts



## Description

Real-Time Inquiry Alerts notify the Customer if a credit inquiry is detected within the Customer's monitored credit file.

## Customer Benefit

Real Time Inquiry Alerts notify Customers should a fraudster attempt to take out a line of credit in their name as it is occurring rather than dealing with damage after the fact. Real Time Inquiry Alerts allow Customers to take action promptly to reduce potential damage.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

Page 10

 # High-Risk Transaction Monitoring 

## Description

Financial Shield constantly tracks high-risk transactions, such as online password resets, tax refunds, wire transfers, and more. Financial Shield alerts Customers to verify that the detected transaction is legitimate before damaging fraud could occur.

## Customer Benefit

By monitoring for certain non-credit transactions that are often leading indicators of fraud, High-Risk Transaction Monitoring allows the Customer to detect potential fraud at the point of inception and provide real protection for under-the-radar fraud events.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Change of Address Monitoring 

## Description

Change of Address Monitoring scans the United States Postal Service (USPS) National Change of Address database to look for any mail forwarding requests associated with the Customer's name. The Customer can confirm that the change is authentic and not the work of a fraudster attempting to redirect his/her mail.

## Customer Benefit

Bad actors can easily reroute items like bank statements, tax returns, and other critical mail to a different address. By alerting the Customer when a USPS change of address has been requested, the Customer can prevent devastating damage by confirming whether the request is valid or malicious.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.



# Fictitious Identity Monitoring



## Description

Fictitious Identity Monitoring notifies Customers when someone uses their Social Security Number (SSN) in conjunction with names that don't belong to them.

## Customer Benefit

When fraudsters combine a name, address, and SSN in a combination that doesn't exist at the credit bureaus, they may be able to create a synthetic identity that can be used to open a new credit file. Financial Shield scans for other names and addresses linked to the Customer's Social Security Number to protect the Customer from Fictitious Identity fraud.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Dark Web Monitoring



## Description

Dark Web Monitoring alerts Customers when their Social Security Numbers, email addresses, dates of birth, passport numbers, driver's license numbers, credit card numbers, financial account numbers, health insurance numbers, user IDs, and more are detected on the Dark Web.

## Customer Benefit

Knowing their personal information has been leaked and is being trafficked on the Dark Web allows Customers to take proactive steps to reduce the damage to their credit and assets. Financial Shield's Customer Care team is specially trained in identity theft resolution and will guide the Customer through a mitigation plan that is best suited for each unique situation.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Lost Wallet Protection 

## Description

When a Customer's wallet or credit cards are lost or stolen, the Identity Defense Customer Care team is ready to help swiftly cancel and replace active credit cards and accounts.

## Customer Benefit

Losing a wallet or purse and all its contents is a serious and emotional issue. One call to Financial Shield, and our specially trained Customer Care team can verify what credit cards the Customer has, help with the card cancellation process, and order replacement cards.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Security Freeze Assist 

## Description

Security Freeze Assist offers Customers a centralized location to freeze and unfreeze their consumer reports across ten different consumer reporting agencies - including the three major credit bureaus. Customers can also store the PINs associated with those transactions in a secure, central location.

## Customer Benefit

Security Freeze Assist makes it easy for Customers to freeze their accounts, thereby limiting additional damage, fraud, or risk – all from one centralized, secure location. Security Freezes may also be placed proactively to limit the risk of malicious activity.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.



# $1MM Identity Theft Insurance



## Description

Up to $1 million dollars in no-deductible reimbursement insurance provided by a third-party insurer to cover certain eligible losses and fraud-related expenses incurred due to identity theft or fraud.

## Customer Benefit

Should identity theft occur, Customers can rest assured because Financial Shield is designed to help provide coverage for certain expenses that may occur after a fraud event as well as replacement of stolen funds. This policy has no deductible for the Customer.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Victim Assistance



## Description

In the event of an identity theft incident, Customers have access to experienced Identity Theft Recovery Specialists specifically trained in identity theft and fraud recovery who will guide them through every step of the remediation process.

## Customer Benefit

When identity theft occurs, it can be confusing, scary, and overwhelming. However, Customers can take solace in knowing they have access to specialists expertly trained in identity theft recovery.



## Identity Restoration

**If you have become a victim of identity theft or fraud contact us immediately at 1-888-713-0806**

Our agents will help to assess your case and determine how to quickly resolve the issue.

Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Insights & Tips News Feed 

## Description

The Insights & Tips News feed keeps Customers current on threats to their identity and personal finances, providing advice on ways to protect themselves. Industry experts curate up-to-date information and news regarding identity theft threats and post them on the Customer's Identity Defense Dashboard to raise awareness and provide education.

## Customer Benefit

Having access to updated information and informative news feeds on developments around identity theft is a critical component of proactively educating Customers on how to protect themselves, their families, and their assets.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.

 # Customer Support



## Description

Customer Support agents specially trained in credit, financial, non-credit, and high-risk monitoring help the Customer decipher detected or suspicious activity.

## Customer Benefit

CyEx promises all of our Customers that we will use every tool we have to protect their identities and alert them when their personal information is at risk. CyEx cannot stop all identity theft in every instance, but we can commit to providing best-in-class support through our highly skilled and experienced Customer Care Team.



Pango Proprietary and Confidential Information; Do not distribute without Aura's prior written consent.