Exhibit 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, et al.,<br><br>    Defendants.<br><br>This Document Relates To: All Actions | Master Docket No. 2:23-cv-05039-JMY |

**<u>DECLARATION OF CARLA A. PEAK OF KROLL SETTLEMENT ADMINISTRATION LLC IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT</u>**

I, Carla A. Peak, declare as follows:

  1.  I am a Managing Director of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the proposed Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me and/or under my general supervision. This declaration is being filed in connection with Preliminary Approval of the Settlement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

2.     I am a nationally recognized expert in the field of legal notice and I have served as an expert in countless federal and state cases involving class action notice plans.

3.     Kroll has extensive experience in all types of class action matters, having managed more than 4,000 settlements, designed over 1,000 multi-media campaigns, processed more than 100 million claims, and distributed over $30 billion in payments over the past 50 years.

4.     The purpose of this declaration is to provide information related to the qualifications and experience of Kroll and myself, as well as to detail the proposed Notice Plan designed to provide notice to Settlement Class Members about this Settlement. Kroll will work with Class Counsel to implement the Notice Plan, as well as make any decisions about notice and administration.

## BACKGROUND AND EXPERIENCE

5.     Kroll has administered class action notice plans for numerous consumer protection cases, including data breach and data privacy cases. Examples include: *Bianucci v. Rite Aid Corp.*, No. 2:24-cv-03356 (E.D. Pa.); *Cahill v. Memorial Heart Institute, LLC*, No. 1:23-cv-00168 (E.D. Tenn.); *Douglas v. PurFoods LLC*, No. 4:23-cv-00332 (S.D. Iowa); *Hameed-Bolden v. Forever 21 Retail, Inc*., No. 2:18-cv-3019 (C.D. Cal.); *Harris v. Lee University*, No. 1:25-cv-00107 (E.D. Tenn.); *Hightower v. Receivables Performance Management LLC*, No. 2:22-cv-01683 (W.D. Wash.); *In re 23andMe Holding Co*., No. 25-40976-357 (Chapter 11) (E.D. Mo.); *In re Apria Data Breach Litig.*, No. 1:23-cv-01003 (S.D. Ind.); *In re Arthur J. Gallagher Data Breach Litig.*, No. 1:22-cv-00137 (N.D. Ill.); *In re AT&T Inc. Customer Data Security Breach Litig.*, No. 3:24-cv-00757 (N.D. Tex.); *In re CorrectCare Data Breach Litig.*, No. 5:22-cv-00319 (E.D. Ky.); *In re Evolve Bank & Trust Customer Data Security Breach Litig.*, No. 2:24-md-03127 (W.D. Tenn.); *In re Fred Hutchinson Cancer Center Data Breach Litig.*, No. 2:23-cv-01893 (Wash. Super. Ct., King

Cty.); *In re Great Expressions Data Security Incident Litig.*, No. 2:23-cv-11185 (E.D. Mich.); *In re HCA Healthcare, Inc. Data Security Litig.*, No. 3:23-cv-00684 (M.D. Tenn.*); In re Lansing Community College Data Breach Litig.*, No. 1:23-cv-00738 (W.D. Mich.); *In re MCG Health Data Security Issue Litig.*, No. 2:22-cv-00849 (W.D. Wash.); *In re Regents of the University of Minnesota Data Litig.*, No. 27-CV-23-14056 (D. Minn.); *In re Tenet Healthcare Corporation Data Breach Litig.*, No. DC-22-07513 (Tex. Dist. Ct., Dallas Cty.); *In re T-Mobile Customer Data Security Breach Litig.*, No. 21-md-03019 (W.D. Mo.); *In re Yahoo! Inc. Customer Data Security Breach Litig.*, No. 5:16-md-02752 (N.D. Cal.); *Miller v. NextGen Healthcare Inc.*, No. 1:23-cv-02043 (N.D. Ga.); *Newhart v. General Physician, P.C.*, No. 815961/2024 (N.Y. Sup. Ct., Erie Cty.); *Orr v. Intercontinental Hotels Group, PLC*, No. 1:17-cv-1622 (N.D. Ga.); *Rodriguez v. University Property & Casualty Insurance Co.*, No. 16-cv-60442 (S.D. Fla.); *Summers v. Sea Mar Community Health Centers*, No. 22-2-00773-7 (Wash. Super. Ct., King Cty.); *Weigand v. Group 1001 Insurance Holdings, LLC*, No. 1:23-cv-01452 (S.D. Ind.); and *Wright v. Crossroads Trading Co., Inc.*, No. 25CV479119 (Cal. Super. Ct., Santa Clara Cty.).

6.      I have personally been involved in a variety of data breach cases, such as *In re 23andMe Holding Co.*, No. 25-40976-357 (Chapter 11) (E.D. Mo.); *In re Anthem, Inc. Data Breach Litig.*, No. 5:15-md-02617 (N.D. Cal.); *In re Arby's Restaurant Group, Inc. Data Security Litig.*, No. 1:17-mi-55555 (N.D. Ga.); *In re Experian Data Breach Litig.*, No. 8:15-cv-01592 (C.D. Cal.); *In re HealthEC LLC Data Breach Litig.*, No. 2:24-cv-00026 (D.N.J.); *In re: The Home Depot, Inc., Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.); *In re Orrick, Herrington & Sutcliffe LLP, Data Breach Litig.*, No. 3:23-cv-04089 (N.D. Cal.); *Sonic Corp. Customer Data Security Breach Litig.*, No. 1:17-md-02807 (N.D. Ohio); and *Torres v. Wendy's International, LLC*, No. 6:16-cv-00210 (M.D. Fla.).

7.      In forming my opinions, I draw from my in-depth class action case experience. I have worked in the class action notification field for more than 20 years. During that time, I have been involved in all aspects of the design and implementation of class action notice planning, as well as the drafting of plain language notice documents that satisfy the requirements of Rule 23 and adhere to the guidelines set forth in the Manual for Complex Litigation, Fourth and by the Federal Judicial Center ("FJC").

8.      The anticipated reach of the Notice Plan is consistent with other effective court-approved notice programs. Additionally, the Notice Plan is intended to comply with the FJC's 2010 Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (the "FJC Checklist"), which considers 70-95% reach among class members to be reasonable.

NOTICE PLAN

9.      The proposed Settlement Class consists of all persons residing in the United States and its territories who were sent individual notification of the Data Breach, which occurred in October 2023, and was publicly disclosed by Comcast in December 2023. Excluded from the Settlement Class are (i) Comcast, any entity in which Comcast has a controlling interest, and Comcast's officers, directors, employees, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; (iii) any individual who timely and validly opts out of the Settlement; and (iv) all individuals who on or before the filing of Plaintiffs' Motion for Preliminary Approval either (1) filed a written arbitration demand or petition against Comcast relating to the Data Breach but have not signed a release of their claims against the Released Parties, (2) provided written notice to Comcast that they are currently represented by counsel for

an arbitration claim related to the Data Breach but have not signed a release of their claims against the Released Parties, or (3) released their claims against the Released Parties.

10.     It is Kroll's understanding that it will be provided with the Class List pursuant to the Settlement Agreement, which will include Settlement Class Members' full names and email addresses (to the extent available) as reflected in Comcast's records, as well as a list of those individuals who on or before the date the Motion for Preliminary Approval is filed either (1) filed a written arbitration demand or petition against Comcast relating to the Data Breach but have not signed a release of their claims against the Released Parties, (2) provided written notice to Comcast that they are currently represented by counsel for an arbitration claim related to the Data Breach but have not signed a release of their claims against the Released Parties, or (3) released their claims against the Released Parties, and therefore are not Settlement Class Members.

11.     Based on communications with Comcast's counsel, I understand the Class List was created using the list of people who received Notice of the Data Breach in 2023. To ensure that the Class List contains the most accurate and updated information, Comcast used current information from its billing system to update email addresses, physical postal addresses, and account status information. Comcast then conducted additional steps to organize, de-duplicate, and otherwise clean up this updated list. After Comcast's efforts, of the approximately 31.7 million Settlement Class Members, the Class List currently contains preferred and/or secondary email addresses for 29.8 million Settlement Class Members and postal addresses (without a corresponding email address) for approximately 1.9 million Settlement Class Members.

12.     Kroll will send a short-form notice via email (the "Email Notice") to all Settlement Class Members for which an email address is available on the Class List.

13.    Prior to distributing the Email Notice, all email addresses will be subject to a cleansing and validation process to, among other things, remove extra spaces and fix common domain name errors, as well as compare addresses against known bad email addresses and verify email existence with Internet Service Providers ("ISPs").

14.    The Email Notice will be formatted to avoid common "red flags" that could cause the email to be blocked by spam filters. For example, the content of the notice will be placed in the body of the email rather than as an attachment to avoid spam filters and improve deliverability. Additionally, the Email Notice will contain the Settlement Class Members' unique Claim ID and Identity Defense Services and Restoration Services enrollment code. A draft of the proposed Email Notice is attached hereto as **Exhibit A**.

15.    The email delivery will be attempted multiple times over a 48-hour period. The email campaign will return data regarding the number of emails successfully delivered and email bouncebacks. Successfully delivered are not retried. Initial bouncebacks are either permanent or temporary in nature. Permanent bounces are caused by mailboxes being nonexistent or defunct and are not retried. Temporary bounces consist primarily of those that are caused by temporary technical difficulties, traffic overloads, and blocking by the receiving systems. Any temporary bounces determined to be potentially deliverable are retried. Those caused by blocking are retried after the block has been removed.

16.    Kroll will send a single postcard summary notice (the "Postcard Notice") to all Settlement Class Members for whom an email notice is known not to have been delivered or for whom an email address is not available on the Class List, to the extent available. The Postcard Notice will contain the Settlement Class Members' unique Claim ID and Identity Defense Services and Restoration Services enrollment code.

17.    Prior to mailing, known postal addresses will be checked against the National Change of Address (NCOA)[2] database maintained by the USPS; certified via the Coding Accuracy Support System (CASS);[3] and verified through Delivery Point Validation (DPV).[4]

18.    Postcard Notices returned by the USPS as undeliverable will be re-mailed to any address available through the postal service forwarding order information. For any returned mailing that does not contain an expired forwarding order with a new address indicated, Kroll will conduct further address searches using credit and other public source databases to attempt to locate new addresses and will re-mail these notices where possible. A draft of the proposed Postcard Notice is attached hereto as **Exhibit B**.

19.    The Notice Plan contemplates a robust Class List to be provided by Comcast that will allow for direct Notice to reach the vast majority of Settlement Class Members through direct email and postal mail, consistent with due process. Based upon information provided by the Parties' Counsel, and assuming data received is relatively up to date, Kroll estimates that direct notice will likely reach over 90% of the proposed Settlement Class Members. The reach may be higher as a result of the address searches and remails currently contemplated. These assumptions are subject to the accuracy and quality of the data received. Kroll's estimated reach for direct notice is consistent with other court-approved, best-practicable notice programs and Federal Judicial

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[3] CASS is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.

[4] Records that are ZIP+4 coded are then sent through DPV to confirm known USPS addresses, as well as identify potential addressing issues that may hinder delivery.

Center guidelines, which state that a notice plan that reaches over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.

20.    The results of the mailing efforts will be continuously monitored and analyzed to confirm that the results fall within or exceed expectations. If the results are less than expected, Kroll will meet and confer with Parties' Counsel to discuss what, if any, additional notification methods will be employed to ensure class notice is achieved consistent with established best practices under Rule 23.

21.    Prior to the claims filing deadline, at a time agreed upon by the Parties' Counsel, Kroll will send one or more reminder email notices to all Settlement Class Members who have not yet submitted a Claim Form and have not opted out of the Settlement. The reminder email notice will alert Settlement Class Members to the pending deadline and encourage them to file a Claim Form.

22.    After the Settlement is approved and all conditions precedent to distributing payments have occurred, Kroll will send a reminder email to all Settlement Class Members for whom an email address is available to notify them that their individual Identity Defense Services and Restoration Services code is ready to use. This email will contain activation instructions, as well as the Settlement Class Member's individual enrollment code. In addition, CyEx will send a separate email to all Settlement Class Members who pre-enrolled for Identity Defense Services and Restoration Services by visiting the CyEx website enrollment link (provided in the notices and on the Settlement website) and providing their email address and enrollment code during the notice period. The CyEx email will contain a link notifying Settlement Class Members to complete their enrollment and activate the service. It will also inform Settlement Class Members that, in addition

to their enrollment code, they will need to provide their name, address, date of birth, telephone, a valid email, and Social Security number to complete enrollment.

23.     Kroll will work with the Parties' Counsel to create a dedicated Settlement website. The Settlement website URL will be determined and approved by the Parties' Counsel. The Settlement website will contain a summary of the Settlement, will allow Settlement Class Members to contact the Settlement Administrator with any questions, provide notice of important dates such as the Final Approval Hearing, and the deadlines to submit Claim Forms, object, or opt out of the Settlement, allow Settlement Class Members to register their email address and Identity Defense Services and Restoration Services code to receive a reminder email from CyEx when this service is ready for use, and will provide Settlement Class Members who file Claim Forms online the opportunity to select an electronic payment method, such as Venmo, Zelle, PayPal, or ACH, or payment by check. The Settlement website will also contain downloadable copies of relevant documents including the Complaint, Settlement Agreement, Preliminary Approval Order, Consumer Settlement Benefits Plan, long-form notice, Claim Form, and any other materials agreed upon and/or required by the Court. A draft of the proposed long-form notice and Claim Form are attached hereto as **Exhibit C**.

24.     Kroll will establish a toll-free telephone number for the Settlement. The toll-free telephone number will allow Settlement Class Members to call and obtain information about the Settlement through an Interactive Voice Response system, with the option for Settlement Class Members to speak with a live operator.

25.     Kroll will designate a post office box to receive requests for exclusion, Claim Forms, and correspondence from Settlement Class Members.

26.    Kroll will establish a case-specific email address to receive and respond to Settlement Class Member inquiries.

27.    Kroll will process all claims in a rational, responsive, cost effective, and timely manner, and calculate settlement payments in accordance with the Settlement Agreement.

28.    Kroll will serve the notice required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, no later than ten (10) days after the Settlement Agreement is filed with the Court.

29.    The proposed Notice Plan is expected to reach virtually the vast majority of the Settlement Class by way of the individual direct notice efforts alone, which will be provided primarily via email and secondarily via U.S. Mail.

30.    In my opinion, the Notice Plan proposed is consistent with other effective settlement notice programs. It is the best notice practicable and meets the "reasonably certain to inform" due process communications standard of *Mullane v. Cent. Hanover Bank & Trust Co*., 339 U.S. 306, 315 (1950). The Notice Plan is designed and expected to meet or exceed the guidelines set forth in Rule 23, the Manual for Complex Litigation (Fourth), and the FJC Checklist.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 23, 2025, in Ocean City, New Jersey.

Carla A. Peak

# Exhibit A

To:
From:
Subject: Legal Notice – Comcast Data Breach Settlement

**If you received this Notice, Comcast has identified you as a Settlement Class Member whose personal information may have been compromised in a Data Breach that occurred in October 2023. You may submit a claim for Settlement Benefits as outlined below.**

_A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer._

<<First Name>> <<Last Name>>

**Settlement Class Member ID: XXXXXX**
Your Class Member ID is required to file a Claim.
**Enrollment Code: XXXXXX**
Your enrollment code is required to activate Identity Defense Services and Restoration Services.

Please retain this information in a safe place, as it will be necessary to access your benefits.

A proposed Settlement has been reached with Comcast Cable Communications, LLC, and Comcast Corporation (collectively, "Defendants" or "Comcast"), in a class action lawsuit regarding a cybersecurity incident that occurred in October 2023 in which a third-party gained unauthorized access to customers' personal information (the "Data Breach"). The lawsuit claims that Comcast did not adequately protect personal data, had inadequate security measures, violated various laws, and failed to properly notify affected customers. Comcast denies that it engaged in any wrongdoing or violated any law.

**Am I included?** Comcast's records indicate you are included as a Settlement Class Member who is eligible for benefits from this Settlement. The Settlement Class consists of all persons residing in the United States and its territories who were sent individual notification of the Data Breach, which occurred in October 2023, and was publicly disclosed by Comcast in December 2023.

**What does the Settlement provide?** Settlement Class Members can submit a claim for reimbursement of documented Out-of-Pocket Losses and/or Lost Time (up to $10,000) as a result of the Data Breach **OR** an Alternative Cash Payment estimated to be up to $50, subject to a _pro rata_ (proportional) adjustment. Settlement Benefits will be paid from a $117,500,000 Settlement Fund.

Settlement Class Members are also automatically eligible to receive Identity Defense Services and Restoration Services. Your individual enrollment code to enroll in this service has been provided above. To pre-enroll in this service (also known as CyEx Financial Shield Complete), visit <<Enrollment Link>> and enter your activation code. Once the settlement is final, Settlement Class Members who pre-enroll in this service will be sent an email from CyEx with a link explaining how to complete enrollment and activate the service. Settlement Class Members will also be sent an email from the Settlement Administrator with a link and instructions explaining how to enroll and activate this service. If you did not receive an email regarding this Settlement, you may provide your email address to the Settlement Administrator via the Settlement Website.

**How do I get Settlement Benefits?** You must file a Claim Form online at **www.[website].com** by 11:59 p.m. ET on **Month XX, 2026** or by mail postmarked by **Month XX, 2026**, to receive payment for Out-of-Pocket Losses and/or Lost Time, or an Alternative Cash Payment. Identity Defense Services and Restoration Services do not require a Claim Form but do require enrollment using your provided code. Settlement benefits will not be paid until the settlement is final.

**What are my other rights and options?**

- **Do nothing:** If you do nothing, you will not receive a Settlement payment. You will remain in the Settlement Class and give up your rights to sue the Defendants and related parties for the claims resolved by this Settlement. You will be able to use the enrollment code above to activate Identity Defense Services and Restoration Services when they become available.

- **Exclude yourself:** You can exclude yourself from the Settlement by informing the Settlement Administrator that you want to "opt out" of the Settlement. This is the only option that allows you to retain your rights to separately sue the Defendants and related parties for the claims resolved by this Settlement. If you opt out, you will not be eligible for any Settlement Benefits. Your Request for Exclusion must be submitted by **Month XX, 2026**.

- **Object**: If you do not opt out of the Settlement, you may object to it by writing to the Court about why you do not like the Settlement. If you object, you may also file a Claim for a Settlement payment. Your written objection must be submitted by **Month XX, 2026**. You may also request to appear or speak at the Final Approval Hearing but may only speak at the Hearing with the Court's permission.

**The Court's Final Approval Hearing**. The Court will hold a hearing on **Month XX, 202X at <<time>> ET** to decide whether to approve the Settlement, Attorneys' Fees and Expenses, and $5,000 Service Award payments to each Class Representative. If approved, these amounts will be paid from the Settlement Fund before providing Settlement Benefits to Settlement Class Members who submit valid claims. You or your lawyer may attend the hearing at your own expense.

**Want more information?** This notice is a summary. Please visit www.[website].com for complete details about the Settlement and instructions on how to act on your rights and options. You may also call **(xxx) xxx-xxxx** for more information.

# Exhibit B

Haeson 2:23-cv-05039-JMY Communications, LLC
c/o Kroll Settlement Administration LLC
P.O. Box XXXX
New York, NY 10150-XXXX

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

Electronic Service Requested

**LEGAL NOTICE**

**YOU ARE ELIGIBLE FOR BENEFITS FROM A CLASS ACTION SETTLEMENT RELATED TO THE OCTOBER 2023 COMCAST DATA BREACH.**

**www.[website].com**

<<Barcode>>

SETTLEMENT CLASS MEMBER ID: <<Refnum>>

ENROLLMENT CODE: <<ReFnum>>

**Postal Service: Please do not mark barcode**

IF APPLICABLE: <<Parent or Guardian of:>>
<<FirstName>> <<LastName>>
<<Company>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>
<<Country>>

A proposed Settlement has been reached in a class action lawsuit known as *Hasson v. Comcast Cable Communications, LLC,* Case No. 2:23-cv-05039 filed in the United States District Court for the Eastern District of Pennsylvania.

**What is this about?** On December 18, 2023, Comcast announced that it had been the victim of a third-party, criminal cyberattack that occurred in October 2023 in which the attackers were able to gain unauthorized access to customers' personal information ("Data Breach"). Among other things, the lawsuit claims that Comcast did not adequately protect personal data, had inadequate security measures, violated various laws, and failed to properly notify affected customers. Comcast denies that it engaged in any wrongdoing or violated any law and denies liability.

**Who is Included?** Defendants' records indicate you are included as a Settlement Class Member. The Settlement Class consists of all persons residing in the United States and its territories who were sent individual notification of the Data Breach by Comcast in December 2023.

**What does the Settlement provide?** Defendant will pay $117,500,000 into a Settlement Fund. After deducting Notice and Administrative Costs, Attorneys' Fees and Expenses, and Service Awards, the Settlement Fund will be used to provide reimbursement for Out-of-Pocket Losses and Lost Time (up to $10,000), Alternative Cash Payments (up to $50), and Identity Defense Services and Restoration Services to Settlement Class Members. Settlement Class Members are automatically eligible to enroll in Identity Defense Services and Restoration Services. Your individual enrollment code has been on the front of this postcard. To pre-enroll in this service, visit <<Enrollment Link>> and enter your activation code. Once the settlement is final, you will be sent an email from CyEx with a link notifying you to complete your enrollment and activate the service.

**How do I get a Settlement payment?** You must submit a Claim Form online at www.[website].com or print one from the website and mail it to the address on the form. Claim Forms must be postmarked or submitted online by **Month XX, 2026.** If you are making a claim for the Alternative Cash Payment, simply complete and mail the attached Claim Form **postmarked by Month XX, 2026**.

**What are my other options?** If you do nothing, you will not receive a payment, you will remain in the Settlement Class and give up your rights to sue the Defendant and related parties for any claim released by this Settlement. If you do not want any Settlement Benefits and you want to keep your right to sue the Defendant for these claims, you must submit a Request for Exclusion. If you do not request exclusion you can object to the Settlement. If you object, you still receive Settlement Benefits. The deadline to object or request exclusion is **Month XX, 2026**.

The Court will hold the Final Approval Hearing on **Month XX, 2026,** at **XX:00 x.m.** ET, to consider whether to approve: the Settlement; Class Counsel's request for Fees and Expenses of up to one-third of the Settlement Fund, and $5,000 Service Award payments to each Settlement Class Representative. You or your attorney may attend the hearing, at your own cost, but you do not have to. You may also request to speak at the Final Approval Hearing but may only do so with the Court's permission.

For more information, including the Settlement Agreement, Claim Form and other documents, or to change or update your contact information, visit www.[website].com, call toll-free **(XXX) XXX-XXXX**, or write to *Hasson v. Comcast Cable Communications LLC,* c/o Kroll Settlement Administration LLC, P.O. Box XXXX, New York, NY 10150-XXXX.

Postage
Required

**_Hasson v. Comcast Cable Communications LLC_**
c/o Kroll Settlement Administration LLC
P.O. Box XXXX
New York, NY 10150-XXXX

<<Barcode>>
**Class Member ID:** <<Refnum>>
<<Parent or Guardian of:>>
<<firstname>> <<lastname>>

## Hasson v. Comcast Cable Communications, LLC Claim Form

Complete this Claim Form, tear at perforation above, and return by U.S. Mail. Alternatively, you may submit a claim online or download a Claim Form from www.[website].com. Claim Forms must be submitted online or postmarked no later than Month XX, 2026.

**To receive an electronic payment or to make a claim for Out-of-Pocket Losses and/or Lost Time, you must submit a Claim Form online.**

**Class Member ID:** <<Refnum>>
<<FirstName>> <<LastName>>
<<Address1>> <<Address2>>
<<City>>, <<State>> <<Zip>>

If different from the preprinted data, please print your correct information.

_____
Address

_____  ____ ____ ____ ____ ____
City                    State        Zip Code

**Additional Contact Details:**

**Email Address:** _____  **Telephone Number (optional):** (_____) _____ - _____

Check the box below if you wish to receive an Alternative Cash Payment. If you select this benefit, **you may not claim compensation for Out-of-Pocket Losses or Lost Time**. To file a claim for Out-of-Pocket Losses and/or Lost Time, please visit **www.website.com** or scan the QR code above.

☐ **Alternative Cash Payment:** Yes, I would like to receive an alternative cash payment of up to $50.

I swear and affirm under the laws of my state that the information that I have supplied is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

**Signature:** _____  **Date:** ____ ____ / ____ ____ / ____ ____ ____ ____

# Exhibit C

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

United States District Court for the Eastern District of Pennsylvania
*Hasson v. Comcast Cable Communications, LLC*, No. 2:23-cv-05039-JMY

# Were you notified that your personal information may have been compromised by the October 2023 Comcast Data Breach? You may be eligible for benefits from a class action settlement.

*A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A proposed Settlement has been reached with Comcast Cable Communications, LLC, and Comcast Corporation (collectively, "Comcast"), in a class action lawsuit regarding a cybersecurity incident that occurred in October 2023, in which a third-party gained unauthorized access to customers' personal information (the "Data Breach"). Comcast denies that it engaged in any wrongdoing or violated any law.

- You are included in this Settlement as a Settlement Class Member if you were sent a notice of the Data Breach on or around December 18, 2023 informing you that your personal information may have been compromised.

- The proposed Settlement requires Comcast to establish a Settlement Fund of $117,500,000 to cover cash payments to Settlement Class Members, reimbursement for documented out-of-pocket losses and lost time, and the cost of Identity Defense Services and Restoration Services, as well as notice and administrative costs, and court-approved attorneys' fees and expenses, and Service Awards.

- As a Settlement Class Member, your rights are affected whether you act or do not act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **File a Claim** | You must submit a Claim Form to receive reimbursement for Out-of-Pocket Losses and/or Lost Time, or an Alternative Cash Payment. See Question X. As an automatic benefit, Settlement Class Members have been provided with an enrollment code for Identity Defense Services and Restoration Services that can be used after the Settlement becomes final. | **Month __, 2026** |
| **Exclude Yourself from the Settlement** | You can exclude yourself from the Settlement by informing the Settlement Administrator that you want to "opt out" of the Settlement. If the Settlement becomes final, this is the only option that allows you to retain your rights to separately sue for claims related to the Data Breach. If you opt out, you may not make a claim for benefits under the Settlement. See Question X. | **Month __, 2026** |
| **Object to the Settlement and/or Attend a Hearing** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you do not like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a Settlement payment. See Question X. | **Month __, 2026** |
| **Do Nothing** | If you do nothing, you will remain a Settlement Class Member and will give up the right to sue, continue to sue, or be part of another lawsuit against the Released Parties related to the legal claims resolved by this Settlement. You will not receive a Settlement payment, but you will be able to enroll in Identity Defense Services and Restoration Services after the Settlement becomes final. | No Deadline |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still must decide whether to approve the Settlement.

# WHAT THIS NOTICE CONTAINS

**Basic Information**

1.  Why was this Notice issued?............................................................................................ 3
2.  What is this Action about?.............................................................................................. 3
3.  What is a class action?................................................................................................... 3
4.  Why is there a settlement?............................................................................................. 3

**Who is in the Settlement?**

5.  Who is included in the Settlement?................................................................................ 3
6.  Are there exceptions to being included in the Settlement?............................................. 4

**The Settlement Class Member Benefits**

7.  What does the Settlement provide?................................................................................ 4
8.  Tell me more about reimbursement for Out-of-Pocket Losses and Lost Time................ 4
9.  Tell me more about the Alternative Cash Payment......................................................... 5
10. Tell me more about the Identity Defense Services and Restoration Services.................. 5
11. How will Settlement Payments be calculated?.............................................................. 6
12. What claims am I releasing if I stay in the Settlement Class?........................................ 6

**How to get Settlement Class Member Benefits – Making a Claim**

13. How do I submit a Claim Form and get Settlement Class Member Benefits?.................. 6
14. When will I get my Settlement Class Member Benefits?............................................... 6

**The Lawyers Representing You**

15. Do I have a lawyer in this case?.................................................................................... 6
16. Should I get my own lawyer?........................................................................................ 7
17. How will the lawyers be paid?...................................................................................... 7

**Excluding Yourself from the Settlement**

18. How do I opt out of the Settlement?.............................................................................. 7

**Objecting to the Settlement**

19. How do I tell the Court if I do not like the Settlement?................................................. 8
20. What is the difference between objecting and opting out?.............................................. 8

**The Court's Final Approval Hearing**

21. When is the Court's Final Approval Hearing?............................................................... 8
22. Do I have to come to the Final Approval Hearing?........................................................ 9

**If you Do Nothing**

23. What happens if I do nothing at all?.............................................................................. 9

**Getting More Information**

24. How do I get more information?................................................................................... 9

## BASIC INFORMATION

| **1.  Why was this Notice issued?** |
|---|

A Court authorized this Notice because you have a right to know about the proposed Settlement of this Action and about all your options before the Court decides whether to grant Final Approval of the Settlement. This Notice explains the Action, your legal rights, what benefits are available, and who can receive them.

The Action is called *Hasson v. Comcast Cable Communications, LLC*, Case No. 2:23-cv-05039-JMY and is pending in the United States District Court for the Eastern District of Pennsylvania. The people who filed this Action are called the Plaintiffs and the companies they sued, Comcast Cable Communications, LLC, Comcast Corporation, Citrix Systems Inc., and Cloud Software Group Inc., are called the Defendants.

| **2.  What is this Action about?** |
|---|

On December 18, 2023, Comcast announced that it had been the victim of a third-party, criminal cyberattack between October 16, 2023, and October 19, 2023, in which the attackers were able to gain unauthorized access to customers' personal information. The Action alleges that Comcast failed to properly protect personal information in accordance with its duties, had inadequate data security, was unjustly enriched by the use of personal data of the impacted individuals, violated the federal Cable Act, 47 U.S.C. § 521 *et seq.*, violated certain state consumer statutes and other laws, and improperly or inadequately notified potentially impacted individuals. Comcast denies that it engaged in any wrongdoing or violated any law and denies liability.

| **3.  What is a class action?** |
|---|

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals who sue are known as "Class Representatives" or "Plaintiffs." Together, the people included in the class action are called a "Settlement Class" or "Settlement Class Members." One court resolves the lawsuit for all Settlement Class Members, except for those who exclude themselves (sometimes called "opting out") from a settlement. In this Settlement, the Class Representatives are Patricia Andros, Michelle Birnie, Jessica Durham, Ryan Emmett, Vince Estevez, Alexander Nunn, Steven Prescott, Robert Smith, Veronica Verdier, Marcia Proto Wilson, and Jodi Wolfson.

| **4.  Why is there a settlement?** |
|---|

The Court has not decided in favor of the Plaintiffs or Defendants. The Defendants deny all claims and contend that they have not violated any laws. The Plaintiffs and Defendants agreed to a settlement to avoid the costs and risks of a trial and, through the Settlement, Settlement Class Members are eligible to claim a payment and other benefits. The Plaintiffs and their attorneys, who also represent Settlement Class Members, believe the Settlement is in the best interests of all Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

| **5.  Who is included in the Settlement?** |
|---|

The Settlement Class consists of all persons residing in the United States and its territories who were sent individual notification of the Data Breach, which occurred in October 2023, and was publicly disclosed by Comcast in December 2023.

**QUESTIONS? VISIT WWW.WEBSITE.COM OR CALL (XXX) XXX-XXXX**

**6.   Are there exceptions to being included in the Settlement?**

Yes, excluded from the Settlement Class are: (i) Comcast, any entity in which Comcast has a controlling interest, and Comcast's officers, directors, employees, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; (iii) any individual who timely and validly opts out of the Settlement; and (iv) all individuals who, on or before the filing of Plaintiffs' Motion for Preliminary Approval, either (1) filed a written arbitration demand or petition against Comcast relating to the Data Breach but have not signed a release of their claims against the Released Parties, (2) provided written notice to Comcast that they are currently represented by counsel for an arbitration claim related to the Data Breach but have not signed a release of their claims against the Released Parties, or (3) released their claims against the Released Parties.

## THE SETTLEMENT CLASS MEMBER BENEFITS

**7.   What does the Settlement provide?**

If approved by the Court, Comcast will pay $117,500,000 into a Settlement Fund to resolve the Settlement. The Settlement Fund will be used to pay:

- Notice and Administrative Costs;
- Attorneys' Fees and Expenses approved by the Court;
- Service Awards to the Class Representative, approved by the Court; and
- Settlement Benefits as provided for in the Comcast Consumer Settlement Benefits Plan, which includes reimbursement for Out-of-Pocket Losses and Lost Time, Alternative Cash Payments, and Identity Defense Services and Restoration Services.

To the extent total valid claims are greater than or less than the Net Settlement Fund, all valid claims (including Alternative Cash Payments) will be adjusted upward or downward on a proportional (*pro rata*) basis. More detailed information on these commitments and the Comcast Consumer Settlement Benefits Plan is provided in the Settlement Agreement, which is available at www.[website].com.

**8.   Tell me more about reimbursement for Out-of-Pocket Losses and Lost Time.**

Settlement Class Members may choose to file a claim for reimbursement of documented Out-of-Pocket Losses and/or up to five (5) hours of Lost Time as described below:

(1) **Out-of-Pocket Losses**: If you spent money to deal with fraud or identity theft that you reasonably believe was "fairly traceable" (as defined in the Claim Form) to the Data Breach, or to protect yourself from future harm as a result of the Data Breach, then you can submit a claim for reimbursement. Out-of-Pocket Losses that are eligible for reimbursement may include, without limitation, the following:

- unreimbursed costs, expenses, losses, or charges incurred as a result of identity theft or identity fraud, falsified tax returns, or other alleged misuse of a Settlement Class Member's personal information;
- costs incurred on or after October 16, 2023, associated with placing or removing a credit freeze on a Settlement Class Member's credit file with any credit reporting agency;
- other miscellaneous expenses incurred on or after October 16, 2023, related to any Out-of-Pocket Loss such as notary, fax, postage, copying, mileage, and long-distance telephone charges;

- costs of credit reports, credit monitoring, or other products related to detection or remediation of identity theft incurred on or after October 16, 2023, through the date of the Settlement Class Member's claim submission.

To file a claim for Out-of-Pocket Losses, you must submit a valid Claim Form by **Month X, 2026**, choosing to receive the Out-of-Pocket Losses benefit, including an attestation regarding any actual and unreimbursed losses made under penalty of perjury and providing "Reasonable Documentation" supporting your claim (e.g., credit card statements, bank statements, invoices, telephone records, and receipts). **"Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement but can be considered to add clarity to or support other submitted documentation.**

(2) **Lost Time**: If you spent time dealing with fraud, identity theft, or other misuse of your personal information that you believe was "fairly traceable" to the Data Breach and spent time taking preventative measures to avoid such losses, you may submit a claim for Lost Time. Lost Time will be paid at a Reimbursement Rate of **$30 per hour** for **up to five (5) hours** in 15-minute increments.

To file a claim for Lost Time, you must submit a valid Claim Form by **Month X, 2026**, choosing to receive the Lost Time benefit, including an attestation regarding: (i) any fraud, identity theft, or other alleged misuse of your personal information which you believe was "fairly traceable" to the Data Breach, or any preventive measures you took to avoid such fraud, identity theft, or other misuse, and (ii) the amount of time that you spent remedying this misuse or on preventative measures with a self-certified explanation of how you spent that time.

Settlement Class Members making a claim for Out-of-Pocket Losses and/or Lost Time are subject to a **total payment cap of up to $10,000** and are entitled to the greater payment amount of the approved claim for Out-of-Pocket Losses and Lost Time, or the Alternative Cash Payment (see Question X) under the provisions outlined in the Settlement Agreement. See Question X for more information on how claim payments will be calculated.

## 9. Tell me more about the Alternative Cash Payment.

As an alternative to making a claim for Out-of-Pocket Losses and Lost Time, Settlement Class Members may request an Alternative Cash Payment, estimated in the amount of **$50** subject to *pro rata* adjustment. To file claim for an Alternative Cash Payment, you must submit a valid Claim Form by **Month X, 2026.**

## 10. Tell me more about the Identity Defense Services and Restoration Services.

Settlement Class members are entitled to three years of CyEx Financial Shield Complete, which provides: 1-bureau credit monitoring; dark web monitoring; real-time authentication alerts; high-risk transaction monitoring; lost wallet protection; $1 million in identity theft insurance; security freeze assistance; victim assistance; financial transaction monitoring; monthly credit score tracking; fictitious identity monitoring; bank & financial account monitoring; address change monitoring; home title monitoring; and access to trained customer service agents to assist class members respond to suspicious activity.

Settlement Class Members do not need to submit a Claim Form to receive Identity Defense Services and Restoration Services. Settlement Class Members are automatically eligible to enroll in Identity Defense Services and Restoration Services. Individualized enrollment codes have been provided on the email and/or mailing sent to each Settlement Class Member. To pre-enroll in this service, visit <<Enrollment Link>> and enter your activation code. Once the settlement is final, Settlement Class Members who (1) pre-enroll in this service will be sent an email from CyEx with a link explaining how to complete enrollment and activate the service or (2) do not pre-enroll in Identity Defense Services and Restoration Services will be sent an email from the Settlement Administrator containing their enrollment code and

instructions regarding how to complete enrollment and activate the service. If you did not receive an email regarding this Settlement, you may provide your email address to the Settlement Administrator via the Settlement Website.

## 11. How will Settlement Payments be calculated?

After deducting Notice and Administrative Costs, Attorneys' Fees and Expenses, the Service Award, and the costs associated with Identity Defense Services and Restoration Services, the balance of the Settlement Fund (the "Net Settlement Fund") will be used to pay all approved claims for Out-of-Pocket Losses, Lost Time, and Alternative Cash Payments. Payment amounts may be adjusted based on the amount remaining in the Net Settlement Fund on a *pro rata* (proportional) basis. Detailed information is available in Section 8 of the Comcast Consumer Settlement Benefits Plan.

## 12. What claims am I releasing if I stay in the Settlement Class?

Unless you opt out of the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against the Released Parties about any of the legal claims this Settlement resolves. The Releases section in the Settlement Agreement describes the legal claims that you give up if you remain in the Settlement Class. The Settlement Agreement can be found at www.[website].com.

## HOW TO GET SETTLEMENT CLASS MEMBER BENEFITS - MAKING A CLAIM

## 13. How do I submit a Claim Form and get Settlement Class Member Benefits?

To file a claim for Out-of-Pocket Losses, Lost Time, Alternative Cash Payment, and/or Identity Defense Services, you must submit a Claim Form by Month X, 2026. Claim Forms may be submitted online at www.[website].com by 11:59 p.m. ET, or mailed postmarked by Month X, 2026 to the Settlement Administrator at:

*Hasson v. Comcast Cable Communications LLC*
c/o Kroll Settlement Administration LLC
P.O. Box XXXX
New York, NY 10150-XXXX

*Reminder*: More information about how to request Restoration Services will be provided after the Court grants Final Approval of the Settlement via the Settlement Website, www.[website].com.

## 14. When will I get my Settlement Class Member Benefits?

The short answer is – after the Settlement is "finally approved" and any challenges to that approval are finally resolved. The Court is scheduled to hold a Final Approval Hearing on Month XX, 2026. If the Court approves the Settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them. Settlement Class Member Benefits will be distributed as soon as possible, if and when the Court grants Final Approval of the Settlement and after any appeals are resolved.

## THE LAWYERS REPRESENTING YOU

## 15. Do I have a lawyer in this case?

Yes, the Court appointed Gary F. Lynch of Lynch Carpenter LLP and Norman E. Siegel of Stueve Siegel Hanson LLP as Co-Lead Counsel, and James A. Francis of Francis Mailman Soumilas, P.C. and Charles E. Schaffer of Levin Sedran & Berman LLP as Co-Liaison Counsel. These attorneys represent you and other members of the Settlement Class as Class Counsel. You will not be charged directly for these lawyers; instead, they will be paid from the Settlement Fund.

**QUESTIONS? VISIT WWW.WEBSITE.COM OR CALL (XXX) XXX-XXXX**

If you want to be represented by your own lawyer, you may hire one at your own expense.

| **16. Should I get my own lawyer?** |
|---|

It is not necessary for you to hire your own lawyer because Co-Lead Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense.

| **17. How will the lawyers be paid?** |
|---|

Co-Lead Counsel will ask the Court to approve attorneys' fees up to one-third of the Settlement Fund (\$_____) plus reimbursement of litigation expenses, as well as a \$5,000 Service Award payment to each of the Class Representatives. Once filed, you may review Co-Lead's Counsel's motion for attorneys' fees, reimbursement of expenses, and service awards on the Settlement Website. If approved, these amounts will be paid from the Settlement Fund before making payments to Settlement Class Members who submit valid Claim Forms.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **18. How do I opt out of the Settlement?** |
|---|

If you do not want to receive any benefits from the Settlement, and you want to keep your right to separately sue Comcast about the legal issues in this case, you must take steps to exclude yourself from the Settlement Class. This is called "opting out" of the Settlement Class. The Opt-Out Deadline to submit a "Request for Exclusion" from the Settlement is **Month X, 2026**.

**To exclude yourself from the Settlement, you must submit a written Request for Exclusion to the Settlement Administrator that includes the following information:**

- The case name and number, "*Hasson v. Comcast Cable Communications LLC*, No: 2:23-cv-05039";

- Your name and address;

- A statement indicating that you want to be excluded from the Settlement Class, such as "I request to be excluded from the proposed Settlement Class in *Hasson v. Comcast Cable Communications LLC*, No: 2:23-cv-05039."; and

- Your personal signature.

Your Request for Exclusion must be mailed to the Settlement Administrator at the address below, postmarked no later than **Month XX, 2026**.

*Hasson v. Comcast Cable Communications LLC*
c/o Kroll Settlement Administration LLC
ATTN: Exclusion Request
P.O. Box XXXX
New York, NY 10150-XXXX

**ONLINE OPT-OUTS:** If you submit your opt-out online you must verify the request to opt-out no later than the Opt-Out Deadline using the link sent to the individual who submitted the request for exclusion.

**NOTE:** You may only seek exclusion for yourself. Opt-out requests seeking exclusion on behalf of more than one individual will be deemed invalid by the Settlement Administrator.

## OBJECTING TO THE SETTLEMENT

### 19. How do I tell the Court if I do not like the Settlement?

If you are a Settlement Class Member, you can choose (but are not required) to object to the Settlement if you do not like it or a portion of it, whether that be to the Settlement Class Member Benefits, the request for attorneys' fees and expenses, or Service Award payments, the Releases provided to the Released Parties, or some other aspect of the Settlement. Through an objection, you give reasons why you think the Court should not approve the Settlement.

For an objection to be considered by the Court, the objection must include:

- The case name and number (i.e., *Hasson v. Comcast Cable Communications LLC*, Case No. 2:23-cv-05039);
- Your name, address, and telephone number and, if represented by counsel, the name and address of your counsel;
- A statement of whether the objection applies only to you, to a specific subset of the class, or to the entire class;
- A statement of the number of times you (and, where applicable, your counsel) have objected to a class action settlement within the three years preceding the date of your objection, along with the caption of each case you have objected to;
- A statement of the specific grounds for the objection; and
- A statement indicating whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel.
    - If you or your attorney intend to speak at the Final Approval Hearing, you must also include a detailed description of any evidence and copies of any exhibits you may introduce at the Final Approval Hearing. The Court will then decide whether to grant you or your attorney permission to speak at the Final Approval Hearing.

Objections must be filed with, or mailed to, the Court no later than ==Month XX, 202X==.

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

### 20. What is the difference between objecting and opting out?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from it. Excluding yourself from the Settlement means telling the Court you do not want to be part of the Settlement. If you exclude yourself or opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 21. When is the Court's Final Approval Hearing?

The Court is scheduled to hold a Final Approval Hearing on ==Month XX, 2026 at XX:X0 _.m. ET==, at James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to decide whether to approve the Settlement, how much Settlement Attorneys' Fees and Expenses to award to Class Counsel for representing the Settlement Class, and whether to approve Service Awards to the Class Representatives who brought this Action on behalf of the Settlement Class. The date and time of this hearing may change without further notice. Please check ==www.[website].com== for updates.

**QUESTIONS? VISIT ==WWW.WEBSITE.COM== OR CALL ==(XXX) XXX-XXXX==**

## 22. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense. If you file an objection, you may, but you do not have to come to the Final Approval Hearing to talk about it. If you file your written objection on time and in accordance with the requirements above, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

## IF YOU DO NOTHING

## 23. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will give up your right to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Released Parties, as defined in the Settlement Agreement, about the legal issues resolved by this Settlement. In addition, you will be bound by the Settlement and will not be eligible to receive a Settlement payment. You will, however, be able to activate Identity Defense Services and Restoration Services after the Settlement becomes final.

## GETTING MORE INFORMATION

## 24. How do I get more information?

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement, Consumer Settlement Class Member Benefits Plan and other related documents are available at the Settlement Website, www.[website].com.

If you have additional questions or need to update your address, you may contact the Settlement Administrator by phone at (XXX) XXX-XXXX, or by mail:

*Hasson v. Comcast Cable Communications LLC*
c/o Kroll Settlement Administration LLC
P.O. Box XXXX
New York, NY 10150-XXXX

**PLEASE DO NOT CONTACT THE COURT OR DEFENDANTS.**

# Claim Form



*XXXXXX*

XXXX

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>: <mark>Month XX, 2026</mark>**

</td><td>

## CLAIM FORM

*Hasson v. Comcast Cable Communications, LLC,*
Case No. 2:23-cv-05039
United States District Court for the Eastern District of Pennsylvania

</td><td>

**ADMIN ONLY**

</td></tr>
</table>

## GENERAL INSTRUCTIONS

If Comcast sent you a notification of the Data Breach that occurred in October 2023 and was publicly disclosed in December 2023, you may submit a claim for the Settlement Class Member Benefits, outlined below.

Please refer to the Long Form Notice posted on the Settlement Website, <mark>www.[website].com</mark> for more information on submitting a Claim Form and to confirm whether you are a part of the Settlement Class.

**To receive a payment from this Settlement via an electronic payment, you must submit the Claim Form electronically at <mark>www.[website].com</mark> by 11:59 PM ET on Month <u>XX</u>, 2026. You may also submit a Claim Form by mail postmarked by <mark>Month XX, 2026.</mark>**

If submitting the Claim Form by mail, please type or legibly print all requested information in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. Mail to:

*Hasson v. Comcast Cable Communications LLC*
c/o Kroll Settlement Administration LLC
P.O. Box <mark>XXXX</mark>
New York, NY 10150-<mark>XXXX</mark>

Note that to the extent that total valid claims are greater than or less than the Net Settlement Fund, all valid claims (including Alternative Cash Payments) shall be reduced or increased on a *pro rata* (proportional) basis. **You may submit a claim for either (1) Out-of-Pocket Losses and/or Lost Time OR (2) an Alternative Cash Payment, but not both:**

- **Out-of-Pocket Losses:** Settlement Class Members may submit a claim for verifiable unreimbursed costs or expenditures that they actually incurred and reasonably believe are "fairly traceable" (as defined below) to the Data Breach; **AND**

- **Lost Time:** Settlement Class Members may submit a claim for time spent (1) remedying fraud, identity theft, or other misuse of their personal information that they reasonably believe is "fairly traceable" to the Data Breach and (2) taking preventative measures to avoid such losses. Lost Time will be paid at the Reimbursement Rate of **$30** per hour for up to 5 hours in 15-minute increments. If Lost Time is related to Out-of-Pocket Losses, it must be supported by a certification for up to 5 hours with a self-certified explanation of how the Settlement Class Member spent that time.

  **OR**

- **Alternative Cash Payments:** As an alternative to making a claim for Out-of-Pocket Losses and Lost Time, Settlement Class Members may request an Alternative Cash Payment in the estimated amount of up to **$50** subject to *pro rata* (proportional) adjustment.

Cash Settlement Payments are subject to an aggregate claims cap of ten thousand dollars ($10,000) regardless of the number of claims submitted by the Settlement Class Member during the Claims Period.

**Identity Defense Services and Restoration Services:** Class members are entitled to three years of CyEx Financial Shield Complete, which provides: 1-bureau credit monitoring; dark web monitoring; real-time authentication alerts;

**Questions? Go to <mark>www.[website].com</mark> or call toll-free <mark>(XXX) XXX-XXXX</mark>**

**\*XXXXX\***

XXXXXX

high-risk transaction monitoring; lost wallet protection; $1 million in identity theft insurance; security freeze assistance; victim assistance; financial transaction monitoring; monthly credit score tracking; fictitious identity monitoring; bank & financial account monitoring; address change monitoring; home title monitoring; and access to trained customer service agents to assist class members respond to suspicious activity.

Settlement Class Members do not need to submit a Claim Form to receive Identity Defense Services and Restoration Services. Settlement Class Members are automatically eligible to enroll in Identity Defense Services and Restoration Services. Individualized enrollment codes have been provided on the email and/or mailing sent to each Settlement Class Member. .. To pre-enroll in this service, visit <<Enrollment Link>> and enter your activation code. Once the settlement is final, you will be sent an email from CyEx with a link notifying you to complete your enrollment and activate the service.

---

## I. PAYMENT SELECTION

If you would like to elect to receive your Settlement payment through electronic transfer, please visit the Settlement Website and timely file your Claim Form electronically. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option. If you do not select an electronic transfer method, you will receive a check at the address you provide below. If you need to change your address, please visit the Settlement Website.

---

## II. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

_____    _____
**First Name of Class Member**                **Last Name of Class Member**

_____
**Address 1**

_____
**Address 2**

_____    _____    \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_
**City**                                          **State**        **Zip Code**

**Email Address:** _____@_____

**Telephone Number (optional):** ( \_\_\_\_ \_\_\_\_ \_\_\_\_ ) \_\_\_\_ \_\_\_\_ \_\_\_\_ - \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

---

## III. PROOF OF SETTLEMENT CLASS MEMBERSHIP

☐    Check this box to certify that you are an individual who was identified and sent a notification by Comcast that your personal information may have been impacted by the Data Breach.

Enter the Settlement Class Member ID provided to you on the email or postcard notice you received:

**Settlement Class Member ID: XXXXXX**    \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_

Questions? Go to www.[website].com or call toll-free (XXX) XXX-XXXX

*XXXXX*

  XXXXXX

**If you do not know your Settlement Class Member ID, please contact the Settlement Administrator at (XXX) XXX-XXXX, Monday through Friday 8 a.m. to 8 p.m. ET (excluding major U.S. holidays) to request it.**

## IV. CLAIMS FOR OUT-OF-POCKET LOSSES

If you spent money to deal with fraud or identity theft that you reasonably believe was "fairly traceable" to the Data Breach or spent money to protect yourself from future harm as a result of the Data Breach, then you can submit a claim for reimbursement. Out-of-Pocket Losses that are eligible for reimbursement may include, without limitation, the following:

- Unreimbursed costs, expenses, losses, or charges incurred as a result of identity theft or identity fraud, falsified tax returns, or other alleged misuse of a Settlement Class Member's personal information;

- Costs incurred on or after October 16, 2023, associated with placing or removing a credit freeze on a Settlement Class Member's credit file with any credit reporting agency;

- Other miscellaneous expenses incurred on or after October 16, 2023, related to any Out-of-Pocket Loss such as notary, fax, postage, copying, mileage, and long-distance telephone charges;

- Costs of credit reports, credit monitoring, or other products related to detection or remediation of identity theft incurred on or after October 16, 2023, through the date of the Settlement Class Member's claim submission.

**This list provides examples only**, and other losses or costs that you reasonably believe are "fairly traceable" to the Data Breach may also be eligible for reimbursement.

In assessing what qualifies as "fairly traceable," the Settlement Administrator will consider (1) the timing of the loss, including whether the loss occurred on or after October 16, 2023, through the date of your Claim Form submission; (2) whether the loss involved the possible misuse of the type of personal information compromised in the Data Breach; (3) whether the personal information compromised in the Data Breach that is related to you is of the type that was possibly misused; (4) your explanation as to how the loss is fairly traceable to the Data Breach; (5) the nature of the loss, including whether the loss was reasonably incurred as a result of the Data Breach; and (6) any other factor that the Settlement Administrator considers to be relevant.

Settlement Class Members **must submit "Reasonable Documentation" supporting your claim**. This includes, but is not limited to credit card statements, bank statements, invoices, telephone records, and receipts. Except as expressly provided in this notice, personal certifications, declarations, or affidavits from the claimant do not constitute "Reasonable Documentation" but may be included to provide clarification, context or support for other submitted "Reasonable Documentation." The Settlement Administrator shall have the sole discretion and authority to determine whether claimed Out-of-Pocket Losses are valid and "fairly traceable" to the Data Breach. Only valid claims will be paid.

☐  I have attached "Reasonable Documentation" that supports my Out-of-Pocket Losses were "fairly traceable" to the Data Breach or to protect myself from future harm as a result of the Data Breach.

| Cost Type<br>(Fill all that apply) | Approximate Date of Documented Out-of-Pocket Loss | Amount of Documented Out-of-Pocket Loss | Description of Supporting Reasonable Documentation<br>(Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 1 0 / 1 6 / 2 3<br>(mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | ___/___/___<br>(mm/dd/yy) | $_____._____ | |
| | ___/___/___ | $_____._____ | |

**Questions? Go to www.[website].com or call toll-free (XXX) XXX-XXXX**

*XXXXX*

XXXXXX

| Cost Type<br>(Fill all that apply) | Approximate Date of Documented Out-of-Pocket Loss | Amount of Documented Out-of-Pocket Loss | Description of Supporting Reasonable Documentation<br>(Identify what you are attaching and why) |
|---|---|---|---|
| | (mm/dd/yy) | | |
| | __ ___/___ /___ ___<br>(mm/dd/yy) | $_____._____ | |
| | __ ___/___ /___ ___<br>(mm/dd/yy) | $_____._____ | |

## V. CLAIMS FOR LOST TIME

If you spent time dealing with fraud or identity theft that you reasonably believe was "fairly traceable" to the Data Breach, or to protect yourself from future harm as a result of the Data Breach, then you can submit a claim for Lost Time. Lost Time claims may be made in **15-minute** increments and will be paid at the Reimbursement Rate of **$30** per hour.

- **Self-Certified Time** - Settlement Class Members who attest (i) to fraud, identity theft, or other alleged misuse of the Settlement Class Member's personal information the Settlement Class Member reasonably believes is "fairly traceable" to the Data Breach, or taking preventive measures to avoid such fraud, identity theft, or other misuse and (ii) that they spent time remedying such misuse or taking such preventative measures, may self-certify the amount of time they spent remedying the foregoing by providing a certified explanation of the misuse or preventative measures taken and how the time claimed was spent remedying the misuse or taking preventative measures. Settlement Class Members may file a claim for Self-Certified Time for up to **five (5)** hours at the Reimbursement Rate.

☐ I affirm that the following is a certified explanation of the misuse or preventative measures taken, and how the time claimed was spent remedying the misuse or taking preventative measures.

**Hours Claimed**: _____ (Up to 5 hours rounded to the nearest 0.25 hours)

**Certified Explanation of How Time Claimed Was Spent Remedying Misuse or Taking Preventative Measures:**

_____

_____

_____

## VI. ALTERNATIVE CASH PAYMENT

As an alternative to making a claim for Out-of-Pocket Losses and/or Lost Time, Settlement Class Members may request an Alternative Cash Payment in the estimated amount of **$50** subject to *pro rata* adjustment.

☐ Yes, I choose Alternative Cash Payment.

## VII. IDENTITY DEFENSE AND RESTORATION SERVICES

In addition to claiming Out-of-Pocket Losses and/or Lost Time, or Alternative Cash Payment, all Settlement Class Members are entitled to enroll in Identity Defense Services and Restoration Services as a benefit of the Settlement. Settlement Class Members do not need to submit a Claim Form to receive Identity Defense Services and Restoration Services. Settlement Class Members are automatically eligible to enroll in Identity Defense Services and Restoration Services. Individualized

**Questions? Go to www.[website].com or call toll-free (XXX) XXX-XXXX**

*XXXXX*

XXXXXX

enrollment codes have been provided on the email and/or mailing sent to each Settlement Class Member. To pre-enroll in this service, visit <<Enrollment Link>> and enter your activation code. Once the settlement is final, you will be sent an email from CyEx with a link notifying you to complete your enrollment and activate the service.

If you did not receive notification of this Settlement via email and would like to be notified when enrollment in Identity Defense Services and Restoration Services becomes available, please provide your email address to the Settlement Administrator by updating your contact information online through the Settlement Website.

## VIII. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information that I have supplied in this Claim is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____    \_\_\_\_ \_\_\_\_ / \_\_\_\_ \_\_\_\_ / \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_
Signature                                               Date

_____
Printed Name

**Questions? Go to www.[website].com or call toll-free (XXX) XXX-XXXX**

*XXXXX*                    *CF*                    *Page 5 of 5*

XXXX                        CF                        Page 5 of 5