UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC.,<br><br>Defendants.<br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

## ORDER

NOW, this 20th day of January, 2026, upon consideration of the Motion for Leave of Court to Permit the Withdrawal of Jeffrey L. Kodroff (ECF No. 277 ), it is ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the appearance of Jeffrey L. Kodroff on behalf of Plaintiffs is WITHDRAWN.

/s/ John Milton Younge
_____
Hon. John Milton Younge
United States District Judge