# EXHIBIT B

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| Federal Express / Courier | $386.65 |
| Postage Charges | $245.21 |
| Photocopying & Printing Services | $4,074.34 |
| Hotels | $27,801.34 |
| Meals | $8,008.51 |
| Mileage | $1,904.60 |
| Air Travel | $39,533.72 |
| Deposition Costs | $44,497.81 |
| Lexis/Westlaw/Bloomberg | $102,858.92 |
| Expert Fees | $132,020.92 |
| Court Fees / Filing Fees | $10,274.19 |
| Service of Process Fees | $1,266.65 |
| Hearing and Trial Transcripts | $178.80 |
| Ground Transportation | $8,284.88 |
| Miscellaneous | $1,265.79 |
| Dispute Resolution Services | $41,583.75 |
| Relativity E-Discovery Fees | $7,903.29 |
| | |
| **TOTAL** | **$432,089.37** |