Rachel Corpe
624 45th Pl. SE.
Salem, OR 97317
(503) 409-2621
Racheliz2015@gmail.com

April 27, 2026

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Objection to Attorneys' Fees — *Hasson v. Comcast Cable Communications, LLC*, Case No. 2:23-cv-05039-JMY**

Dear Clerk of the Court,

I am a Settlement Class Member in the above-referenced matter. My name is Rachel Corpe, and my Settlement Class Member ID is **83351341E04CH**. I submit this written objection pursuant to the Court's notice regarding the proposed Settlement.

I do not object to the Settlement as a whole. However, I respectfully object to the attorneys' fees and expenses portion of the Settlement to the extent they are disproportionate to the actual benefit delivered to Settlement Class Members.

While the gross Settlement Fund is $117,500,000, a meaningful portion will be allocated to attorneys' fees and costs before class members receive compensation. Individual class members are estimated to receive only approximately $50 under the Alternative Cash Payment option, subject to pro rata reduction depending on the total number of claims filed.

I believe the Court should carefully scrutinize the fee request to ensure it reflects the true net value delivered to the class, and not merely the gross fund amount.

I respectfully request that the Court require full transparency regarding the total attorneys' fees and expenses sought, and that it reduce any fee award it deems excessive relative to the actual benefit received by class members.

I do **not** intend to appear at the Final Approval Hearing scheduled for July 7, 2026. I respectfully ask that the Court consider this written objection on its merits.

Respectfully submitted,

Rachel Corpe

Rachel Corpe
624 45th Pl. SE.
Salem, OR 97317
(503) 409-2621
Racheliz2015@gmail.com

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

9589 0710 5270 3232 9120 87

Retail

U.S. POSTAGE PAID
FCM LG ENV
SALEM, OR 97301
MAY 22, 2026

19106

$6.93

RDC 99

S2324Y502053-8

Rachel Corpe
624 45th Pl. SE.
Salem, OR 97317

RECEIVED
MAY 29 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106