**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, INC.,<br><br>Defendants.<br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

**ORDER**

AND NOW, this 29th day of June, 2026, upon consideration of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards, ECF No. 286, it is hereby **ORERED** that within **seven (7) days** of the date of this Order, Plaintiff shall enter on the docket a Letter identifying with specificity how many of Class Counsel's asserted 10,867.8 hours that it has spent on this litigation are attributable to Plaintiffs' pursuit of relief in the Superior Court of California, County of Alameda in the case of *Scheirer v. Comcast Cable Communications LLC et al.* and in the Court of Common Pleas of Allegheny County, Pennsylvania, in the case of *Emmett v. Comcast Cable Communications LLC et al.*.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*

**JUDGE JOHN MILTON YOUNGE**