**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, LLC,<br><br>Defendants.<br><br>This Document Relates to: All Actions | Master File No. 2:23-cv-05039-JMY |

**PLAINTIFFS' UNOPPOSED[1] MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICES AWARDS**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Norman E. Siegel and Gary F. Lynch in Support of Final Approval of the Class Action Settlement ("Class Counsel Decl.") and the Declaration of Lindsey Marquez of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement ("Settlement Admin. Decl."), the attached Memorandum of Law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiffs Patricia Andros, Michelle Birnie, Jessica Durham, Ryan Emmett, Vince Estevez, Alexander Nunn, Steven Prescott, Robert Smith, Veronica Verdier, Marcia Proto Wilson, Jodi Wolfson, through Class Counsel, hereby respectfully move the Court to certify the Settlement Class under Rule

[1] While Comcast does not oppose the relief sought in this Motion, it does not agree with the factual recitation in the attached Memorandum and denies all liability for the claims brought in this litigation.

23(b)(3), find that the Settlement is fair, reasonable and adequate under Rule 23(e)(2), consider and overrule all objections to the Settlement, grant final approval of the Settlement, approve the requested attorneys' fees, costs, expenses, and service awards, and enter judgment.

A proposed Order addressing the relief requested in this Motion is submitted herewith.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
T: (816) 714-7100
siegel@stuevesiegel.com

*Co-Lead Interim Class Counsel*

*/s/ Gary F. Lynch*
Gary F. Lynch (PA No. 56887)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com

*Co-Lead Interim Class Counsel*

Charles E. Schaffer (PA No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
cschaffer@lfsblaw.com

*Co-Liaison Counsel*

James A. Francis (PA No. 77474)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
jfrancis@consumerlawfirm.com

*Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of July 2026, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Gary F. Lynch*
Gary F. Lynch