**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, COMCAST CORPORATION, CITRIX SYSTEMS, INC., and CLOUD SOFTWARE GROUP, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 23-cv-5039-JMY |

**ORDER**

**AND NOW**, this 19th day of August, 2026, upon consideration of Plaintiff's *Unopposed Motion for Final Approval of Class Action Settlement* (ECF No. 315) and *Motion for Attorneys' Fees, Costs, Expenses, and Service Awards* (ECF No. 286), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, Plaintiff's motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's motions are **DENIED** insofar as they request Attorneys' Fees of $39,166,666.67 (one-third of the $117.5 million settlement fund). The Court instead grants Attorney's Fees of $31,725,000 (27% of the settlement fund).
2. Plaintiff's motions are **GRANTED** in all other respects.

BY THE COURT:

*/s/ John Milton Younge*

**Judge John Milton Younge**